AO 240. (Rev. 7/70)

# UNITED STATES DISTRICT COURT

_First_ _____ District of _US Circuit_

Jeffrey Taylor
Plaintiff

V.

Ally Fowler
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, _____Jeff Taylor_____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☑ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☑ Yes        ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   _None; income from self employment (not sustainable)_

   Residence at the YMCA
   820 Mass Ave,, No.216
   Cambridge, MA 02139

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _September 11, 2001 ending date KNF &T, Boston, MA 02108_
   _Rate; $12.00·hr⁻¹_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☑ Yes | ☐ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

e.  Friend.  Source: non-report.  Dec. 2003 gift $300.00

f.  Variety gifts, grants, award of cash  Nominally  Non-renew.
    Nominal amounts
                                                    ☐ Yes        ☐ No

4.  Do you have **any cash** or checking or savings accounts?

    If "Yes," state the total amount.  # ≤ TEN

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐/Yes        ☐ No

    If "Yes," describe the property and state its value.

    Office Equipment for business and personal uses.
    Retail June 2001 value $1,000.00
    Ford 1985, 2Dr. Sedan, Burgundy.  Blue Book exchange $740.00
    used car at market valued $1310.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

16 Aug 2004
_____                    _____
        Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.