A 1

FILED
OFFICE
2004 AUG 16  P 5: 41
UNITED STATES DISTRICT COURT
District of Massachusetts
DISTRICT COURT
OF MASS

|  |  |
|---|---|
| Jeffrey L Taylor, *Pro Se*  )<br>)<br>*Plaintiff*  )<br>)<br>)<br>- *against* -  )<br>)<br>Ally Fowler  )<br>)<br>*Defendant*  )<br>) | **BILL OF COMPLAINT**<br><br>04-11802 EFH<br>*Referred to mJ P Cohen* |

SS: County of :    Middlesex

BILL OF COMPLAINT

1. Plaintiff resides with the YMCA, Central House, 820 Massachusetts Avenue, Apartment 216, Cambridge, Massachusetts 02139, in the Middlesex County. Plaintiff is a citizen of the United States.

2. Defendant, Ally Fowler is a resident of the Cambridge YMCA and is employed within the establishment. *viz.* Central House, 820 Massachusetts Avenue, Apartment No. 413, Cambridge, Massachusetts 02139.

3. The United States District Court of Massachusetts has jurisdiction over this matter pursuant to Title 28 U.S.C.A. § __1331__ .

4. Title 42 U.S.C.A. §11361 ff. is a reference point to the Family Affordable Housing or Housing assistance with Stuart B. McKinney housing programs, and confers jurisdiction to the district court.



5. DEFENDANT has been motivated with information, I believe, some of which is resourced from record keeping available to the DEFENDANT entity, to interfere with the use and the right of use of the residential facility where PLAINTIFF also resides. Civil Action in Massachusetts Superior Court, MICV2004-1828B, in which a remedy is being sought for the offensive behavior of the DEFENDANT, has been invoked by activity which has invaded PLAINTIFF's personal spaces in some common areas throughout the Residence of the Cambridge YMCA. Violation of Massachusetts General Laws Annotated article 12, Section Eleven "I", is the reason for plaintiff's civil action.  As personal grooming of the PLAINTIFF is a morning activity, for the past nine months this routine has been sporadically disrupted by a program of intervention DEFENDANT and UNKNOWNS have followed Oct. 2003: Aug. 2004.

6. PLAINTIFF's right of use of the facilities is

partially underwritten/determined by homeless assistance provisions of United States Code 42 U.S.C.A. §11361, ff., and the Family Affordable Housing Act. The intervening strategy of the DEFENDANT has been made so that PLAINTIFF cannot exercise the full enjoyment of the facilities, and because of this denial of the services/facilities commonly available with the Residence of the Cambridge YMCA, work that has been planned for the day is sometimes regularly disrupted.

7. I believe DEFENDANT considers the residential facility as his workplace.

WHEREFORE the plaintiff wishes to restore the civil rights inherent as any other citizen may freely exercise their own rights granted to them as a citizen of these United States and in their way of their so choosing without interference that the defendant's party has been imposing and seeking ways to maintain.

_____    _____
            [ Signature ]                    [ Date ]
Jeffrey Taylor
PO Box 391701
Cambridge, Massachusetts 02139
Voice Mail: 617.876.2858, x216

Computer Corruption

Recently Introducted Faults into Programming

OS Microsoft Millennium Edition   (4.9.00)

1. "WildTangent Blaster Ball    javascript: Run0"

2. Internet Explorer

"Problems with this Web page might prevent it from being displayed properly or functioning properly. In the future, you can display this message by double-clicking the warning icon displayed in the status box."

Show Details Tab:

| | |
|---|---|
| Line: | 97 |
| Char: | 3 |
| Error: | java.lang.NumberFormatException: KKK |
| Code: | 0 |
| URL: | file://C:\WINDOWS\TEMP\blasterball\WTBreak.html |

3. "Microsoft Internet Explorer has encountered a problem and needs to close. We are sorry for the inconvenience."

"If you were in the middle of something, the information you were working on might be lost."

4. "Error Report"

Microsoft Internet Explorer

| | |
|---|---|
| AppName: | iexplore.exe |
| AppVer: | 6.0.2800.1106 |
| ModName: | webdriver.dll |
| ModVer: | 2.0.3.0 |
| Offset: | 00007229 |

Operational Bulletin of Quality Control Agent, Error Reporting [partially portrayed Microsoft Internet Explorer "send report" item]

JULY 2004

Page    1 OF 1