UNITED STATES DISTRICT COURT
District of Massachusetts

|  |  |  |
|---|---|---|
| Jeff L. Taylor, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **MOTION TO APPOINT** |
| - against - | ) | **COUNSEL** |
| | ) | |
| Ally Fowler | ) | |
| | ) | |
| Defendant | ) | |

SS:
County of :    Middlesex

MOTION FOR THE APPOINTMENT OF COUNSEL

Motion is raised to move the court for the assistance of an attorney in the necessity of providing the guidance and the skills sufficient to bring to standards of conduct to a recognizable level in order to address the relief and remedies sought by the plaintiff at the outset of this civil action.

_____
[ signature ]

PO Box 391701
Cambridge, Massachusetts 02139

Voice Mail: 617.876.2858, x216