rec'd
9-24-04
pr

# UNITED STATES DISTRICT COURT
### District of Massachusetts

|  |  |
|---|---|
| Jeff L. Taylor, *Pro Se* ) | CA-04-11802 EFH |
| ) | |
| *Plaintiff* ) | |
| ) | |
| ) | Affidavit on |
| - *against* - ) | Motion of Dismissal |
| ) | |
| Ally Fowler ) | |
| ) | |
| *Defendant* ) | |

SS:
County of :      Middlesex

## Events Chronology:

October 14, 2003 memo initiates defense.

October 24, 2003 bldg treated for mice, checking through every room. 820 Massachusetts, beginning without Rm#216, the Plaintiff's, because the room has already been altered by blocking entry way the rodents have used.

Dec 01. Adecco, the employer, walk in introduce at Canal Street office. Then on Dec. 04, move for tests, evaluate on PC skills, small interview, sort of on the run.

Dec. 03. have meeting appointment with Cambridge commission on discrimination, housing/Sonja canceled.

Morning of Dec. 09, 2003 complete the application process, after the exchange

with defendant. *In mirror before Defendant attacks, the evidence of vesicle disruption is present in the left distal schlera. At Adecco I completed the Word2000 and Excel2000 comprehensive performance checks, and then do a drill with the typewritten evaluation part of the exercise. The buses do not work on schedule today: lots of snow, and in a snow storm's wake.*

Clash Dec. 09, 2003. Defendant irruption.,, you "don't belong in the bathroom on this floor," ! Plaintiff has said that the memo means that the guidelines are suggestions. Pointillisms: How many sinks are in use on this floor at any given time? The second floor has one urinal, the fourth floor there are three. The same number of people reside on each floor, roughly. Defendant says the amount of water, and the floor space is important. But the only dedicated shower room is outside of this bathroom on the fourth floor.

Opened: Dec. 11, 2003: "You're not going to fucking use that bathroom," Defendant commands, as I approach the entrance. But he is also standing at the entrance to the bathroom to prevent passing, without a major contact. The maintenance person, was on the side of the main corridor, sort of standing, tagging along. Defendant enforces the right of entry: "You're not fucking going to use that shower room!" where the defendant also rushed to block. Some in repeats. *Plaintiff was not cleaned at a fourth floor in this facility at the Y residence, this day.*

Another part of the episode on floor three at another time of day: "Don't walk away from me when I'm talkin to you," defendant demands, "come back here."

Dec. 30 Tufts dental school the resident/d.m.d. (Dr. A. R., 3rd floor radiology, 9am Tue) does not show up for the requested appointment: *In fact the floors are empty of everyone, a single "dean" of the academy is in her office, plus one or two who are floating between offices, reception. At NEMC primary care obtain antibiotics for a throat infection running for a couple of weeks.*

January 06, 2004 the assistant property manager (L) responds to letter of concerns written for December 29, 2003, to acknowledge that problem exits. Memorandum agenda following the October 2003 letter to residents have in certain ways only reinstated the bathroom use guidelines, but have qualified the use to include other criterion to use other bathrooms, when ". . . *the facilities be occupied or otherwise restricted, then it is understood that residents may alternately utilize the facilities on any other residential floor, with the exception of the fifth floor, which is restricted . . . .*" to the control of the Defendant's exercise of authority.

January 06, 2004 *S-C Management Letter to JLT addressed use of residents' use of bathroom in more inclusive terms, which also offered the following reassurances that necessary room and shower room facility privilege has existed, as in the past:* "Our office has contacted the appropriate North Charles employee to address and clarify this issue. It is our understanding that this situation has been fully resolved. Any further altercations should be directed immediately to this office, as it is Central House policy to mediate in such instances." The office was kept up to date on harassment directly from the Defendant.

Jan ~13~2004 room 215 gets new electrical outlet/plug. Electrical services in Rm. #216 that are appended directly to rm #215 have changed, some radio, *and electro-magnetic interference has changed.*

*Jan 21, 2004 invitation received from Northeastern sch law, for meeting.*

*Jan 22, 2004 northeastern school law reception, information session afternoon, after blow-up with the 4th floor brawny. Provocation of serious import. (see reference on separate sheet).*

Of note here, as I checked with the front desk about the name of the residence service agent, was authoritatively informed that names of other residents were off limits to the residents. The woman (J) who supervises the front desk, said she could not release a name by the YMCA room number. When the office staff, who manages the residential property, the reply was that, "sorry, we can't give out those names," with the consolation that, *"we can tell you"* that the employment is with North Charles, *as though it is an ineffable word, or rather a "shield" word.*

*Jan 24, 2004 Compaq deskpro4000 gives out, operating system off line, 7.2 enigma.*
*Jan 26, 2004 website visit to law.Cornell.edu blocked. also in search for 504 data, the screen is empty of results on the second crack, as well as blocked at the computer lab.*

Jan 28, 2004 visit employers. *Randstad. Now . . .. The Boston Business Journal was absent pages at another library, the ones that I was interested in. Not getting employ either.*

Jan 30 response by employer of defendant, by letter, in-house mail, in response to query of employee working relationship. The confirmation.

Feb. 06, 2004 s-c management installs new lighting in the second floor bathroom. Apparently more light from a more transparent lens cover in two ceiling units. Not sufficiently improved candle lumens, however. Feb 13 Friday

electricity off overnight. 20 minutes thereabout.

Feb. 24, 2004 #413 appears in laundry room *(dry phase at outside location)*. On the business of showing a newbie some laundry tips. *But the athletic shorts were moved back, and were put on the linen shelf again, and were put there for me to remove, perhaps.*

March 18, 2004 laundry room YMCA basement, dryers melt content, or burn: in evening, 11:44 alarm.

April 1, 2004 receive info from cmty dispute settlement center. Follow-up with these resources were only motions, and non-responses.

April 17, 2004 Party of #217 comes into public bathroom and demands that I remove the backpack hanging at the hinge of the handicap stall door. "Hey, Is that your stuff?" "Move your stuff, I don't want it there. So move yur stuff!"

April 27, 2004. *walk in letter/request for dispute center to desist contact with defendant party, since they could not allegedly get a response from the defendant. In the letter was a request to return two print outs from contact the Plaintiff initiated with employer of defendant.*

April 28, 2004 file cover sheet, April 29, 2004 begin civil action, Mass courts.

May 11, 2004 mediator present, of appearances for judge's benefit. Mediator is an attorney working within the court system.

May 13, Judgment rendered, restricting parties to particulars.

May 19, 2004 *Bagel.gen virus. Bogus virus checker sent to the lycos.com account.*

May 21, 2004 the management was permitted a copy of the court's order, on the matter of recent decision. Leslie was given a copy of the order in the late afternoon — it is a public document, that most any could have access to.

June 03, 2004 *offer volunteer assistant for work in office with the S-C Management, absent a second worker there. "No, thank you," the property manager, said.*

June 21, 2004. *I leave water running at the second sink, while #217 was in 2nd floor bathroom. "Hey," he starts, "you left the water running." "Come back here and turn tha watur off." At this point, #217 has left the water, quite intentionally, running at a minimum of three*

times in the past year, in a typical scenario that he follows me into the room, and when I am at the sink, he comes to the second sink, runs the faucet on full, and then walks out of the room.

July 19, 2004 NEMC check in for discomfort, they assign a doctor's appointment in urology for the middle of October 2004. The free care pool has run out, though. The print outs, for this referral, some were chucked straight into the trash.

July 23, 2004 Ft. Detrick has been closed. Notices in papers.

July 26, 2004 fas application in. 20526 Friday the number is reissued from another Harvard index number. computer HP home machine crashes 3x. After 8:15 a.m., come into the second half, or the remaining half of a conversation running between Defendant (toilet) and cohort (at sink) on the subject and theory of detecting terrorists. Ending comment was the effect that, "you learn not to carry so much," the compatriot says, "I've stopped carrying."

July 27, 2004 9:45 a.m. violations occur when defendant addresses his complaints about my use of a bathroom to me. (Complaint for Contempt filed with MICV2004-1828B). Management informed: the senior property manager says, "Didn't he have an agreement on the court order not to do that?" upon conferring the matter on his regard at about 10:20 a.m., and then, "Have you told the clerk?" he further inquires.

Aug. 04, 2004 court appearance time. hearing. {Aug 11, 2:pm. another session.} Defendant is in fourth floor bathroom, and says, "you're bringin too much stuff in here." On the 9th August, I inform the property management of the incident of his complaining to me, unsatisfied and still motioning to pick a fight.

Aug 03. lock replaced on door to the #216 unit.
Aug 17. key cards, announcement of changes for all Residents to access residence. Key cards are to be swiped at the entrance in the lobby, before entering the upstairs residence.

19 th AUG. notice: failure to prosecute. And a court seal. All parties were required to appear. But the evidence for Complaint Second for Contempt has less material, and is less substantial than the 27th violation allegations.

September 24, 2004. I, Jeffrey Taylor, state and depose the above; under the pains and penalties of perjury this instrument, and forthcoming statement, is attested for truth and for accuracy, for consideration of this motion,

_____
[ Signature ]

_____
Sept 24, 2004
[ Date ]

Jeffrey Taylor
PO Box 391701
Cambridge, Massachusetts 02139

Voice Mail: 617.876.2858, x216

2004 SEP 24 P 5: 39