UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jeffrey Taylor,

    Plaintiff

versus

Ally Fowler,

    Defendant

Ref.: CA 04 - 11802 EHH

AFFIDAVIT : Additional Filings.

FEB 14, 2005

Added materials in submission for support and evidentiary presentment, relevancy to party, and parties of the defendant, for argument to follow in Civil Action 2004, No. 11802, public use of common areas and private property for residence maintained by the Cambridge Young Mens' Christian Association, managed by S-C Management Company Inc., from guideline policy administration of the Cambridge Family YMCA Affordable Housing Partnership, LLC.

Four attachments. 2004 FEB 11, MAR 33, DEC. 23,
2005 FEB 07 letter of JLT to S-C Mgmt. Inc.

I, Jeffrey L. Taylor, depose and state for the record that four documents are true copies of communications respecting living conditions with publically funded residences, at YMCA.

Signature _____ 14 FEB 2005

820 Massachusetts Avenue #216, Cambridge, Massachusetts 02139
V-mail: 617.876.2858
E-mail: < j_taylori@lycos.com >

February 07, 2005

Kevin Braga, Property Manager
S-C Management Company, Inc.
Central House, YMCA
820 Massachusetts Avenue
Cambridge, MA   02139

RE:   TRAFFIC IN #215

Dear Kevin,

This is a notice that visitor(s) to room above mentioned have been inside the building at hours past a recommended curfew time.  Guest and a former resident at #201 by the name, Dennis, knocked on the door at about 10:30 p.m. on the evening of 06 February 2005, apparently on the way out of the hall from #215.

Dennis apologized when he thought he had gotten me out of bed, and then proceeded to offer several things, nothing of interest; and then, to solicit an invitation important to #215 and himself.

Very truly yours,

Jeff Taylor

10th FEB    2:47 p.m. Kevin refuses to give an administration name who is handling what will be a donation to develop a hot spot W.F.



820 Massachusetts Avenue
Central Square
Cambridge, MA 02139-3296
Property Management: 617 876-4626
Fax: 617 876-4619
Resident Services: 617 661-6413

THE MERVYN D. DEMILLE
RESIDENCE AT THE
CAMBRIDGE FAMILY YMCA

March 23, 2004

**Dear Residents of Central House,**

    I am writing to inform you that I will be leaving my position of Resident Services Coordinator. My last day here at Central House will be Monday March 29, 2004. Thank you all for making this a comfortable experience. Special thanks to those of you who have assisted me with the newsletter, offered suggestions, and attended activities. Your efforts are greatly appreciated! I wish you all well. Take care.

Sincerely,

*[signature]*

Lisa MacPhail, RSC

**HP Fax K1220xi**

Log for
Camb. Multi-Service Ctr
617-349-6333
Dec 23 2004 9:56am

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Dec 23 | 9:56am | Fax Sent | 86177765885 | 0:10 | 0 | Jammed |



THE MERVYN D. DEMILLE
RESIDENCE AT THE
CAMBRIDGE FAMILY YMCA

820 Massachusetts Avenue
Central Square
Cambridge, MA 02139-3296
Property Management: 617 876-4626
Fax: 617 876-4619
Resident Services: 617 661-6413

February 11, 2004

ALL RESIDENTS
Central House
820 Massachusetts Avenue
Cambridge, MA 02139

RE:   **Third Floor Community/TV Room**

Dear Residents:

This office has received complaints regarding misuses of the Community/TV Room. All residents must take a moment to re-familiarize themselves with several of Central House's Residence Rules.

1. There is NO SMOKING permitted in common areas of the Residence. This includes the Community/TV Room.
2. This is a DRY BUILDING. This means you cannot drink alcoholic beverages in the common areas, including the Community/TV Room.
3. This building has QUIET HOURS from 11:00PM until 7:00AM every day. This means that you must keep the volume low on your radios, televisions, etc., as well as ensuring that your activities are not disturbing other residents by not slamming doors or talking in loud voices. These quiet hours are in effect for your room AS WELL AS IN ALL COMMON AREAS in the building.

In response to the recent complaints, this office has asked APA (the company managing the Front Desk after hours) to make regular and random inspections of the Community/TV Room and to report to this office any incidences which are in violation of Residence Policy. Please remember that it is required for all residents to immediately provide their name and room number to any staff member, including an agent of APA, when asked to do so. Residents may be asked to return to the Front Desk to be visually identified by their picture on file if residents are unable to provide their picture ID and/or if there is cause to believe that a resident is intentionally misidentifying himself. Failure to provide identification, especially when it is in addition to misuse of Common Areas, is Cause for Eviction or Termination of Program.

Residents who witness misuse of common areas, or who are disturbed by misuse, should report the problem to Management. After hours incidents should be reported to the APA agent at the Front Desk. Complaints may also be made anonymously to the Management Office. Please provide as much information as possible, i.e.; the name and/or room number or floor of the resident causing the disturbance, the time