PO Box 391701, Cambridge, Massachusetts 02139
Voice mail: 617.876.2858, x216

February 25, 2005

Office of the Clerk
United States District Court
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02210

Case Item CA-04 — 11802

RE: *Taylor v. Fowler*

Dear Madam or Sir:

For docketing please accept the enclosed additional material accompanying filings presented yesterday.

If there are materials or memorandum sent to the plaintiff and have been marked for return with a postal notation to the effect that the box has been closed, please disregard the notice, as the PO Box is open for standard business.

Very truly yours,

Jeffrey L. Taylor
Enclosure



**Subject:** REMINDER: Pharm Country Life Science Career Fair February 1, 2005 Princeton, New Jersey
**From:** "ryanj@hirenetwork.com" <ryanj@hirenetwork.com>
**To:** j_taylori@yahoo.com
**Date:** Tue, 25 Jan 2005 16:30:20 -0500

HireHealth and BioSpace present the Pharm Country Life Science Career Fair on Tuesday, February 1, 2005 from 11am to 4pm at the Westin Princeton in Princeton, New Jersey.

Experienced, pre-screened candidates will have the opportunity to interview with many of the biopharmaceutical industry's most prestigious companies.

Hundreds of positions are available with industry leaders such as Covance, Inc., Galderma Research & Development, Genentech, Hurley Consulting, Kelly Scientific Resources, Kos Pharmaceuticals, MedFocus, Merck & Company, Millennium Pharmaceuticals, Sanofi Pasteur, Smith Hanley Consulting Group, SRG Woolf Group, and more.

CANDIDATES MUST HAVE A MINIMUM OF A FOUR-YEAR COLLEGE DEGREE, WITH AT LEAST TWO YEARS OF INDUSTRY RELATED WORK EXPERIENCE TO ATTEND. EQUIVALENT WORK EXPERIENCE MAY BE CONSIDERED IN LIEU OF A FOUR-YEAR COLLEGE DEGREE.

Qualified candidates please click here to submit your resume for pre-screening, and to receive your invitation to attend Pharm Country Life Science Career Fair. Candidates will receive their invitations and confirmation numbers via email 24 to 48 hours after their resumes have been submitted. Pre-screened and accepted candidates must bring a copy of their invitation with confirmation number to the event.

Thank you for your time. We look forward to seeing you at Pharm Country Life Science Career Fair !

Jack Ryan
Event Coordinator
Career Innovations, Inc.
732-295-1705

Tuesday, February 1, 2005
Pharm Country Life Science
Career Fair
Westin Princeton
Princeton, New Jersey

Monday, February 7, 2005
Biotech Bay Life Science
Career Fair
Marriott San Francisco Airport
Burlingame, California

Thursday, February 17, 2005
Genetown Life Science
Career Fair
Cambridge Center Marriott
Cambridge, Massachusetts

Thursday, March 17, 2005
Pharm Country Life Science
Career Fair
Hilton Valley Forge
King of Prussia, Pennsylvania



THE MERVYN D. DEMILLE
RESIDENCE AT THE
CAMBRIDGE FAMILY YMCA

820 Massachusetts Avenue
Central Square
Cambridge, MA 02139-3296
Property Management: 617 876-4626
Fax: 617 876-4619

February 8, 2005

Resident
Central House
820 Mass. Ave.
Cambridge, Ma. 02139

Dear Resident:

Please complete and return to the Management Office the attached Emergency Information Card (on reverse side). The information you provide will be kept confidential and will be used for any emergency situation, which may arise.

Please do not hesitate to bring any questions or concerns you may have regarding the attached to the attention of Management. Please return the form as soon as possible, but no later than Thursday, February 17th.

Thank you for your courtesy and prompt attention to this important matter.

Sincerely,

Antonette La Rosa

Antonette LaRosa
Assistant Property Manager



THE MERVYN D. DEMILLE
RESIDENCE AT THE
CAMBRIDGE FAMILY YMCA

820 Massachusetts Avenue
Central Square
Cambridge, MA 02139-3296
Property Management: 617 876-4626
Fax: 617 876-4619
Resident Services: 617 661-6413

February 18, 2004

ALL RESIDENTS
Central House
820 Massachusetts Avenue
Cambridge, MA 02139

**RE:   Housekeeping**

Dear Residents:

Please be aware that all housekeeping concerns need to be reported to the Management Office during regular business hours. Housekeeping is not a maid service, and is not intended to be used as your personal cleaning solution. Residents must clean up after themselves. Any resident who is not using courtesy and who is not cleaning up after himself in common areas, and thereby not abiding by his Occupancy Agreement or Program Participant Agreement, should be reported to Management.

We understand that from time to time accidents will happen, and housekeeping may be called upon to assist. In such rare circumstances, Management has taken appropriate precautions to speedily address just such a situation. Should you become aware of a housekeeping emergency, please report it to the Management Office immediately. If the Management Office is closed, please report the situation to the YMCA front desk. Management reserves the right to hold residents responsible for common area damages caused by resident negligence.

Thank you for your courtesy and attention to this important matter. Please do not hesitate to bring any questions or concerns to our attention.

Sincerely,

Leslie Chehade
Assistant Property Manager