

UNITED STATES DISTRICT COURT FIRST CIRCUIT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 28  P 2:00

U.S. DISTRICT COURT
DISTRICT OF MASS

CA04-11802-EFH

|  |  |
|---|---|
| Jeffrey Taylor, *ProSe*  <br>*Plaintiff*  <br>  <br>*verses*  <br>  <br>Ally Fowler,  <br>*Defendant* | **Affidavit and Misc. Filings**  <br>Incident 11 February 2005 |

SS: Commonwealth of Massachusetts
    County of Middlesex

---

Affidavit to address 11 FEB 2005 incident and Affidavit filings on Miscellaneous Documentation regarding the living arrangements in Cambridge, Massachusetts with respect to the Cambridge Family YMCA Affordable Housing Partnership, LLC., related to defendant in capacity of the defendant and defendant's party to receive advisement and directions from management in operation of funds for housing subsidized by housing agency authorized by McKinney Vento Act.

---

1. Plaintiff's party at the residence of the Cambridge Family Young Mens' Christian Association: in opposition there is the employment of defendant, and defendant party, integral, to a degree, with the property Management company S-C Management Company, Inc.: This supplemental AFFIDAVIT accompanies affidavit filed the day before to include items and attachment not

not fully determined the extent of the privacy disruption resulting from the visitor to Plaintiff's address. Plaintiff registers the disappearance of a copy of a publication journal of Massachusetts Institute of Technology obtained *de gratis* at LinuxWorld Expo held in Boston with Haynes Convention Center February 14-17, 2005. The current issue of *Technology Review* is outstanding from the interior of plaintiff's residence. Please note, that unlike the incident of theft of the Conoco publication, Plaintiff has not used content, or subject matter, from the journal topics to perform a research of things on the Internet which may or may not be constituent to the themes and subject matter articulated there.

3. February 18, 2004 letter of property management to residents establishing protocol on health and hygienics with the Cambridge YMCA is attached.

4. January 25, 2005 email notice from HIREHealth to participants for the GENETown Life Sciences Career Fair is attached. The display of promotional material pilfered from the interior of the plaintiff's residence has been offered at the career fair displays by industry representatives.

5. February 08, 2005 miscellaneous requests by current assisting property management representative is attached for the review of activities at the Cambridge Family YMCA. Emergency Contact information has been solicited and collected on notices at the point of October 2004, or shortly before.