```
                                    )
                                    )
                                    )
   Jeffrey Taylor, ProSe            )    CA-04-11802 — EFH
                   Plaintiff        )
                                    )
        - verses -                  )
                                    )    Affidavit and Misc. Filings
                                    )    Subject Matter
                                    )    DTA — 30 March 2005
   Ally Fowler                      )
                   Defendant,       )
                                    )
                                    )
```

Commonwealth of Massachusetts
County of Middlesex

---

Affidavit to clarify issues impacting on the services with the Department of Transistional Assistance and correct disposition, and Affidavit filings of Miscellaneous Documentation regarding the living arrangements in Cambridge, Massachusetts with respect to the Cambridge Family YMCA Affordable Housing Partnership, LP, related to defendant in capacity of the defendant and defendant's party to receive advisement and direction from management in operation of funds for housing subsidized by housing agency authorized by McKinney Vento Act.

---

1. Plaintiff wishes to clarify the statement of losses of property, real and insubstantial, and loss of privacy within the residence of Cambridge Family YMCA in #216, which further modifies previous statements.

2. PLAINTIFF perhaps believes that an attachment exists on the food stamp, where by unknowns, who have access to the interior of the plaintiff's room at the Cambridge YMCA, have come and claimed rights to those transaction particulars. These unknowns perpetrate theft, and have rifled the content of the plaintiff's personal properties and papers, some of which are related to the Department of Transitional

Assistance food stamp program. There is perhaps direct knowledge of the presence of certain papers that the Plaintiff has active at certain times and tresspasser(s) act upon this knowledge. A FAX was issued to the Department of Transitional Assistance to obtain from their resources copies of items that should be in the file, and in the residence of the plaintiff's abode. December 23, 2004 Plaintiff requests duplicates from the DTA, and requests items that at the time plaintiff believed was lost, and misplaced.

[Item that in time actually was misplaced/lost is multi-page statement, a five page agreement issued at the time of recertification December 16, 2004, facimilie attached has been copied and is supplied hereto.]

In following the advice of the senior property manager at the YMCA, these activities have caused the plaintiff to file theft and trespass charges with the Cambridge Police department at the station. Papers that were believed to be lost at the time of the report filing have been recovered, and used in DTA recertification. Howvever, the issue of trespass still remains, and specifically here involving those finacical relations to the Department of Transisitonal Assistance and the question of whether the informational content has been a targeted activitiy of the unknowns who enter Plaintiff's room.

3. Since October 2002, Plaintiff has learned January 12, 2005 upon a DTA appeals hearing, that the content of plaintiff's folder at DTA contains only the yellow copy of the

verification form (refer to the Landlord Verification DTA form, dated for October of 2002). PLAINTIFF re-asserts that the theft of papers from the apartment #216 includes the white copy (in year 2002, as the service was being weighed to use and forms were being completed), and, it also includes theft of a copy of another paper of the DTA before the January 12, 2005 hearing of the DTA reviewer; The five-page statement, attached hereto, which has been appropriated from the locked room, outlines the goals and rules of participation.

I, Jeffrey L. Taylor, state and depose for the purposes of this record the preceding content and attachment with an attestation for the truth and the accuracy, and for true copy of any material attached, of the provisions herein this 30th day March 2005.

_____
[ signature ]

Ⓑ

**Commonwealth of Massachusetts**
**Davis Square TAO - DTA Transitional Assistance Office**
**1 Davis SQ.**
**Somerville, MA 02144**

Date Created: 12/16/2004

### Grantee and Residential Information
**Name:** JEFF TAYLOR
**Address:** 820 MASS AVE. 216 CAMBRIDGE, MA 02139
**Address Type:** Public Housing
**Telephone:** (617) 876-2858

| Program | Document | Date | Reason | Person(s) Included |
|---|---|---|---|---|
| FS | Reevaluation | 12/16/2004 | Lost Job | JEFF TAYLOR |

### Demographic Information for Household Members

| Name | DOB | Gender | Relationship to Grantee | Purchase & Prepare | Household Status |
|---|---|---|---|---|---|
| JEFF TAYLOR | 12/08/1950 | Male | Self | Yes | Present |

| Name | SSN/Apply Date | Marital Status | Ethnic Origin | Prior Assistance | Language |
|---|---|---|---|---|---|
| JEFF TAYLOR | 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 | Never Married | Hispanic | No | English |

Nonhispano/wh

| Name | Massachusetts Resident | Citizen | Are you registered to vote? | I certify under penalty of perjury that I am a US citizen. (Grantee signs his/her name for any member under age 18.) Anyone 18 or older must sign their own name. |
|---|---|---|---|---|
| JEFF TAYLOR | Yes | Yes | Yes | X [signature] |

### Additional Information

### Education

| Name | In School | Highest Level of Education |
|---|---|---|
| JEFF TAYLOR | No | Not Answered |

### Accidents/Incidents
Has anyone had an accident/incident? Not Answered
Was the accident/incident the reason for the application? Not Answered

### Income
Does anyone have Earned Income? No

Thursday, December 16, 2004                                                                                          Page 1 of 5

Does anyone have Other Income? No

Has anyone received a Lump Sum? No

Does anyone have Garnishments? No

**Expenses**

Does anyone have Housing Expenses? Yes

| Name | Type | Amount | Frequency |
|---|---|---|---|
| JEFF TAYLOR | Rent | $0.00 | Monthly |

Does anyone have Utility Expenses? No

Does anyone have Support Expenses? No

Does anyone have Dependent Care Expenses? No

Does anyone have Medical Expenses? No

Does anyone have Health Insurance? No

**Assets**

Does anyone have Liquid Assets, Financial Holdings, Insurance, Vehicles (TAFDC and EAEDC only), Real Property, Pensions, Refunds, Transferred Assets, or any other assets? Yes

| Name | Type | Institution Name | Account Number |
|---|---|---|---|
| JEFF TAYLOR | Liquid Assets | citizens | 1139715884 |

**Please read this page carefully, then sign and date the bottom of the page.**

I certify under penalty of perjury that I have read, or have had read to me, the information given/displayed in this document and that such information is true to the best of my knowledge. I understand that giving false or misleading statements or misrepresenting, hiding or withholding facts, either orally or in writing, to establish eligibility for Transitional Aid to Families With Dependent Children (TAFDC), MassHealth and Children's Medical Security Plan (CMSP), Emergency Assistance (EA) and the Food Stamp Program is fraud, an Intentional Program Violation (IPV), and is punishable by civil and criminal penalties.

If I am eligible for TAFDC or EAEDC from the Department of Transitional Assistance, I will receive MassHealth automatically. If I am not eligible for TAFDC, both MassHealth, which is run by the Division of Medical Assistance and Children's Medical Security Plan (CMSP), which is run by the Department of Public Health (DPH), will use the information on my TAFDC application and on this form to determine if I am eligible for MassHealth or CMSP. I will receive a separate notice about my eligibility for these programs.

I am aware of my responsibility to report (within 10 days) in person, by phone or by mail to the worker representing the appropriate agency any changes in income, assets, address, living arrangement, family size, employment, health insurance coverage and health insurance premiums, or any other circumstances of all members of my TAFDC, MassHealth, CMSP, EAEDC or EA filing unit or my food stamp assistance unit that may affect their/my eligibility for these programs.

I understand that for food stamp benefits, to receive a deduction for child care expenses, rent or mortgage payments, utility or shelter expenses, child support paid to a non-household member, or medical expenses, I must report and provide verification to the Department. Failure to report or verify, the above-listed expenses(s), could mean that I will receive less food stamp benefits each month, and will be seen as my statement that the household does not want to receive a deduction for the unreported or unverified expense(s).

I understand that by signing below, all household members between the ages of 16 and 60 are automatically work registered and enrolled in the Food Stamp Employment and Training Program (FS/E&T). The automatic FS/E&T enrollment allows household members to easily access FS/E&T services. Nonexempt household members will be notified of work requirements, have exemptions and penalties for noncompliance explained and be referred to an employment activity, if appropriate.

I know that I must also report if I or any member of my TAFDC/EAEDC filing unit, food stamp assistance unit or MassHealth/CMSP household files a claim or sues someone for damages or settles a lawsuit or legal claim. I understand that a violation of the duty to report within 10 days may be found an indication of fraud for which I may be prosecuted. For TAFDC or EAEDC, I further consent to assign to the Department any benefits from insurance as required by state law if this application/receipt of assistance is the result of accident or illness. For MassHealth, I understand that if any eligible family members receive money from a third party because of an accident or injury, we will use that money to repay the Division of Medical Assistance for certain medical services provided as explained in the MassHealth booklet.

I authorize any and all health care providers to release to the Department of Transitional Assistance and the Division of Medical Assistance and their medical agents any medical records of mine or my dependents that may be pertinent to receiving benefits and services.

By signing this form, I give permission to the Department of Transitional Assistance and the Division of Medical Assistance to verify and investigate the information I have given that relates to the determination of my eligibility for assistance.

I have read "Your Right to Know," the appropriate program brochure(s) and the MassHealth booklet or have had them read to me, and understand their contents and my rights and responsibilities.

I authorize the Department of Transitional Assistance to contact federal and state agencies, local housing authorities, providers under contract with the Department, welfare departments of other states and financial institutions, concerning my eligibility for assistance and services, and schools/institutions regarding my children's attendance records.

I give permission for the above-mentioned agencies, schools and institutions to release information to the Department to be used in the determination of my eligibility and the amount of benefits.

I understand that by signing below I authorize the Department of Transitional Assistance and the Massachusetts Executive Office of Health and Human Services to share information about my eligibility for public assistance benefits with electric distribution companies, gas distribution companies and eligible telecommunications carriers pursuant to confidentiality agreements executed by these companies and carriers for the sole purpose of certifying my eligibility for discount utility service rates.

I understand that by signing below I authorize the Department of Transitional Assistance to share information about me and my dependents under age 19 with the Department of Education for the purpose of automatically certifying my dependents for school nutrition programs and information about me, my dependents under age 5 and any pregnant woman in my assistance unit with the Department of Public Health for the purpose of providing referrals for Woman, Infants and Children (WIC) Program nutrition services.

I certify under penalty of perjury that my answers are correct and complete to the best of my knowledge and that all members of the food stamp household are either U.S. citizens or aliens in satisfactory immigration status.

I give permission for my current and former employers and health insurers to release to the Division of Medical Assistance and/or to the Department of Public Health any and all information they have about my or my family's health insurance coverage. This includes, but is not limited to, information about policies, premiums, coinsurance, deductibles, and covered benefits that are, may be, or should have been available to me or members of my family group.

I also understand that by signing below, I give permission to the Division of Medical Assistance to go after and collect third-party payments for medical care and medical support from the parent of any child under age 19 who is applying for benefits.

If I or any member of my family is eligible for MassHealth, CommonHealth, MassHealth Family Assistance or CMSP, I understand that I may have to pay a premium set by the Division of Medical Assistance or the Department of Public Health.

### Food Stamp Penalty Warning (Please Read Carefully, Sign, Date and Return)

I understand that if I or any member of my food stamp household intentionally breaks any of the rules listed below, that person will be barred from the Food Stamp Program for **one year** after the first violation, **two years** after the second violation and **permanently** after the third violation. The person may also face criminal prosecution under applicable state and federal laws. These rules are:

- Do not give false information or hide information to get food stamp benefits.
- Do not trade or sell food stamp benefits.
- Do not alter EBT cards to get food stamp benefits you are not entitled to receive.
- Do not use food stamp benefits to buy ineligible items, such as alcoholic drinks and tobacco.
- Do not use someone else's food stamp benefits or EBT card, unless you are an "authorized representative."

I also understand the following penalties:

- Individuals who commit a **cash program** Intentional Program Violation (IPV) that is confirmed in an Administrative Disqualification Hearing (ADH), will be barred from the Food Stamp Program for the same period the individual is barred from cash assistance.
- Individuals who make a fraudulent statement or representation about their identity or place of residence to receive multiple food stamp benefits *simultaneously*, will be barred from the Food Stamp Program for **ten years**.
- Individuals who trade (buy or sell) food stamp benefits for a controlled substance/illegal drug(s), will be barred from the Food Stamp Program for a period of **two years** for the first finding, and **permanently** for

the second finding.
- Individuals who trade (buy or sell) food stamp benefits for firearms, ammunition or explosives, will be barred from the Food Stamp Program **permanently**.
- Individuals who trade (buy or sell) food stamp benefits having a value of $500 or more, will be barred from the Food Stamp Program **permanently**.
- Individuals who are fleeing to avoid prosecution, custody or confinement after conviction for a felony or are violating a condition of probation or parole, are *ineligible* to participate in the Food Stamp Program.
- Individuals who fail to comply without good cause with Food Stamp Work Requirements, will be disqualified from the Food Stamp Program for a period of **three months** for the first finding, **six months** for the second finding and **twelve months** for the third finding. If the individual found to have failed to comply for a third time is the head of the food stamp household, the *entire* household shall be ineligible to participate in the Food Stamp Program for a period of **six months**.

**Right to an Interpreter**

I understand that I have a right to an interpreter provided by the Department of Transitional Assistance if neither I nor any adult member of my food stamp household is able to speak or understand English.

I also understand that I have a right to an interpreter at any fair hearing with the Department if I cannot speak or understand English and there is no other adult in my food stamp household who can speak or understand English. I understand that I may bring an interpreter to the hearing or request the Department to provide an interpreter. To request an interpreter, I understand that I must call the Division of Hearings at least one week before the date of my hearing.

**Nondiscrimination Statement**

In accordance with Federal law and U.S. Department of Agriculture (USDA) and U.S. Department of Health and Human Services (HHS) policy, this institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, or disability. Under the Food Stamp Act and USDA policy, discrimination is prohibited also on the basis of religion or political beliefs.

To file a complaint of discrimination, contact USDA or HHS. Write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (202) 720-5964 (voice and TDD). Write HHS, Director, Office of Civil Rights, Room 506-F, 200 Independence Avenue, S.W., Washington, D.C. 20201 or call (202) 619-0403 (voice) or (202) 619-3257 (TDD). USDA and HHS are equal opportunity providers and employers.

_____
Your Signature                    Date: 12/16/04

_____
Witness (when mark is used for signature)    Date: _/_/_

_____
Signature of Thomas Foster        Date: 12/16/04

Thursday, December 16, 2004                                Page 5 of 5