```
                                                    FILED
                                              IN CLERKS OFFICE

                                              2005 APR -6 P 4 35

                                              U.S. DISTRICT COURT
                                              DISTRICT OF MASS
```

|                              |   |                          |
|------------------------------|---|--------------------------|
| Jeffrey Taylor, *ProSe*      | ) | CA-04-11802  EFH         |
|                 *Plaintiff*  | ) |                          |
|                              | ) |                          |
| - verses -                   | ) |                          |
|                              | ) | **Affidavit and Misc. Filings** |
|                              | ) | **Subject Matter**       |
|                              | ) | 04 APRIL 2005            |
| Ally Fowler                  | ) |                          |
|                 *Defendant,* | ) |                          |

Commonwealth of Massachusetts
County of Middlesex

---

Affidavit to clarify issues impacting on the services with the Cambridge
Housing Authority of recent disposition, and Affidavit filings of
Miscellaneous Documentation regarding the living arrangements in
Cambridge, Massachusetts with respect to the Cambridge Family YMCA
Affordable Housing Partnership, LP, related to defendant in capacity of
the defendant and defendant's party to receive advisement and direction
from management in operation of funds for housing subsidized by
housing agency authorized by McKinney Vento Act.

---

1. Plaintiff advances issues of the loss of privacy within the residence of Cambridge Family YMCA in #216, respecting management at the residence to influence whether Plaintiff is investigated on matters of finance. Plaintiff received March 26, 2005 letter from housing agency which subsidizes apartment in which Plaintiff resides. The notice is dated to February 23, 2005. It presupposes that plaintiff has filed an income tax statement prior to the April 15, 2005 due date on income tax filing. It is also a short notice on appearance for the following Friday, April 01, 2005, scheduled for 10:45 a.m. at the housing agency.

2. PLAINTIFF has encountered some biased complaints of behavior at the residence upon an incident described in a letter from Antonette LaRosa dated February 25, 2005 and placed under the plaintiff's door that same afternoon at about 2:30 p.m. The two other attachments for this event describe a scene that is

different, and, it poses some questions the Property Management Office there have not answered. The second letter has focused in more to the effect of the intent of the accuatory statement, in that it has been unfair and quite frankly, out of character.

I, Jeffrey L. Taylor, state and depose for the purposes of this record the preceding content and attachment with an attestation for the truth and the accuracy, and for true copy of any material attached, of the provisions herein this 06th day April 2005.

_____
[ signature ]



**CAMBRIDGE HOUSING AUTHORITY**

675 Massachusetts Avenue, Cambridge, MA 02139 • 617 864 3020 / TDD 800 545 1833 x112 • f 617 868 5372 • w www.cambridge-housing.org

**JEFF TAYLOR**  February 23, 2005
**820 MASS AVE # 216**
**CAMBRIDGE, MA 02139**

**Dear JEFF;**

I am in process of scheduling your appointment to update your Zero Income Status. Before I do this you will need to contact all parties that supply your current income such as:

- EMPLOYMENT
- TAFDC
- SOCIAL SECURITY/SSI/SSDI
- PENSION, ETC
- CURRENT BANK STATEMENTS
- **YOUR 2003/2004 TAX RETURN**

You are scheduled to meet with me on **APRIL 1, 2005 at 10:45 AM** in our Office at 19 Prospect St. Cambridge, MA 02139.

If you have a scheduling conflict which makes it impossible to meet at this time, Please contact me at 497-4040 ext: 418 within the next five (5) days to reschedule this appointment. It is very important that you respect this appointment **YOUR LEASE WILL BEGIN ON OR AFTER THE DATE YOU SIGN THE LEASE DOCUMENT**.

I look forward to seeing you on the day and time listed above.

Sincerely,

John Cassama
Leasing Officer

Equal Housing Opportunity



THE MERVYN D. DEMILLE
RESIDENCE AT THE
CAMBRIDGE FAMILY YMCA

820 Massachusetts Avenue
Central Square
Cambridge, MA 02139-3296
Property Management: 617 876-4626
Fax: 617 876-4619

⌐ ✓ 2:30 ⌐

February 25, 2005

Mr. Jeff Taylor
Unit # 216

Dear Mr. Taylor:

Since you were seen vandalizing the Chinese food today by taking a plate of peas and other vegetables and callously disposing of them into the white rice, you are hereby given your one and only warning that this type of behavior will not be tolerated.

By doing this, you ruined that whole tray of white rice which is supposed to be plain. You prevented the other residents who ate after you to enjoy the rice the way it is supposed to be eaten.

To reiterate, you are hereby notified that this is the only warning you will be given. If it does happen again, you will not be allowed to attend any further events given by this office.

Sincerely,

Antonette La Rosa

Antonette LaRosa
Assistant Property Manager.

820 Massachusetts Avenue #216, Cambridge, Massachusetts 02139
V-mail: 617.876.2858
E-mail: < j_taylori@lycos.com >

February 27, 2005

Kevin Braga, Property Manager
S-C Management Company, Inc.
Central House, YMCA
820 Massachusetts Avenue
Cambridge, MA  02139

RE:  FOOD WARS ACCUSATION

Dear Kevin Braga,

    Friday I received a notice at the door to my room from Antonette. She's concerned about someone, who is yet to be identified, that gave her information about my serving myself at a rice tray brought in as a gift about noon.

    She writes I purportedly was "seen vandalizing the Chinese food today." I do not understand to which acts of vandalism you refer. It is also mentioned that by "disposing" of peas and vegetables into the rice destroyed a four-gallon tray of food.

    I have callously ruined, she writes, "that whole tray of white rice which is supposed to be plain." A take-out tray of peas and a rice medley does not destroy four gallons of rice.

    "You prevented other residents who ate after you to enjoy the rice the way it is supposed to be eaten."

    The resident on the first door on the right side, third floor, southwest wing, came into the TV room just three minutes after Kristen left at five o'clock pm, EST. Both must have seen the four-gallon tray of white rice on the table then. To what is LaRosa referring when she says that other residents eating after me at 12:05 were denied a wholesome white rice meal?

                        Very truly,

                          Jeff Taylor
resident

820 Massachusetts Avenue #216, Cambridge, Massachusetts 02139<br>
V-mail: 617.876.2858<br>
E-mail: < j_taylori@lycos.com >

March 08, 2005

Kevin Braga, Property Manager
S-C Management Company, Inc.
Central House, YMCA
820 Massachusetts Avenue
Cambridge, MA  02139

RE:   FOOD WAR ACCUSATION

Dear Kevin Braga,

    February 25, 2005 I received a complaint at my room from Antonette.  She has been concerned that someone, yet to be identified, gave her information about my helping myself to a meal from a corporate donation delivered to the YMCA lobby.

    She writes I purportedly was "seen vandalizing the Chinese food today."  I do not understand to which acts of vandalism have been described, and to which she alludes.  It is also cited in that by "disposing of peas" and vegetables into the rice in the elevator lobby destroyed one of the four-gallon food trays.

    I have callously ruined, she writes, "that whole tray of white rice which is supposed to be plain."  A take-out tray of peas and a rice medley does not destroy four gallons of rice.

    "You prevented other residents who ate after you to enjoy the rice the way it is supposed to be eaten," Antonette continues in the description of an ultimate insult.

    The resident on the first door on the right side, third floor, southwest wing, came into the TV room just three minutes after Kristen buzzed out at five o'clock pm, EST, the same day.  He was curious enough to examine the donations left on the table there.  With the rice there were half-a-dozen other containers of liquid.  The rice: a different four gallons content, virtually untouched: it was brimming of white rice.  To what is LaRosa referring when she says that other residents eating after me at 12:05 were denied a wholesome white rice meal?  The donor of the food has given at least two trays of rice?  How many other trays of rice were donated?

Very truly yours,<br><br>
Jeff Taylor

Res #216