PO Box 391701, Cambridge, Massachusetts 02139-1701
V-mail: 617.918.7873

December 07, 2004

Kim Trolland
Office of General Counsel
Tufts   New England Medical Center
750 Washington Street
Tufts   NEMC #55
Boston, Massachusetts  02111

Dear Kim Trolland:

Input questions to Lori Maika concerning incidents of disclosure and general accountability on disclosure matters were referred to the office of general counsel for consideration.

My former membership with Tufts NEMC has been with a free care pool of coverage for basic medical care.  The card number is 2024191.  On, or, about October 07 of this year, a unusual encounter in Cambridge at the 200 (+, ..., ... ) block of Broadway caused me to re-consider reneging a urology appointment only a few days before.  A bulky stout young man swaggering up the sidewalk in my direction had both hands on the trousers in the baggy frontal area gripping what appeared to be the size of the handle of a baseball bat (that is, the first part of the handle).  Like the seeminly non-specificity of spam in the electronic mail, that the direction of some of the intent is not without question.  The demeanor of this person suggested a kind of new power of exertion (it's likely as well, that if coming from the Garment District, it may have been something with the clothes).

At the time of requesting an appointment, July 19, 2004 I think, the secretary to the physician's suite had drawn the patient information from the screen and had printed information for this transaction.  It was directed to the printer behind her; from the console, she went directly to the printer and claimed multiple pages of work.  Before leaving the print station, there were extra sheets she separated and dropped immediately into the recycle bin.  I briefly viewed the page content at the desk as she telephoned, and there was a clear reference to "dysfunction" in the printed forms.  With this the secretary was able to establish time for October 04, several months ahead, though, I think she had some inhibitions and was not able to vocalize the appointment request in comfortable terms.

The security-type person, who displayed the "cute person in the center of attention" behavior, could mean that that type of signage was intended to do what he wanted, as an embarrassment, and as a kind of a front to say "we know who you are."  And having privileged information is one of the ways in which this up-manship can be expressed.

Where there is indication of harm, there perhaps may be a cause for concern.

Very truly yours,


Jeffrey Taylor
          Encl.: content junk-email folder

HOTMAIL.COM ACCOUNT PRIMARY                    UNWANTED MAILINGS

| | | | |
|---|---|---|---|
| ENLG PILLS | Fatter Submarine | Aug 23 | 1KB |
| Long Torpedo | Big N Bad | Aug 23 | 1KB |
| Boomin' Banana | Girthy Woody | Aug 23 | 1KB |
| Gra:tifyHER(G) m | NOMedic:ation | Aug 23 | 1KB |
| Wish Master | The 10 inch p:lan | Aug 23 | 1KB |
| AWESOME | COMPLETE KEYSTROKE LOGGER | Aug 23 | 4KB |
| IMPR:ESSLover (G) i | NONSU:RGICAL | Aug 23 | 1KB |
| Body Parts | : :Grow-: :Fast | Aug 22 | 1KB |
| Grow-Long | Foot-long hotdogs | Aug 22 | 1KB |
| Grat:ifyHER(G) m | NOexercise | Aug 22 | 1KB |
| Grow-Long | You can have a MONSTER package | Aug 22 | 1KB |
| HACK | PASSWORD HACKER SOFTWARE | Aug 22 | 4KB |
| HIDDEN | ELECTRONIC TRACKS LEFT BEHIND | Aug 21 | 4KB |
| Mr. PP | The big show | Aug 21 | 2KB |
| kathy | guys, supër sizê it | Aug 21 | 1KB |
| Casandra Carberry | DISC0UNT BRAND CIGARETTES | Aug 21 | 3KB |
| Grat:ifyHER(G) m | NOexercise | Aug 21 | 1KB |
| Gra:tifyHer(G) m | NOP:AINF:UL | Aug 21 | 1KB |
| HUGE GAINS | HUGE GROWTH | Aug 21 | 1KB |
| izkqm@maclaren.ab.ca | Big Pe:n:is | Aug 21 | 2KB |
| IMPR:ESSher (G) i | NON_S:urgical | Aug 20 | 1KB |
| INVENTION | RID OF POPUPS FOR GOOD | Aug 20 | 4KB |
| Grati:fyher(G) m | 3xS:trength | Aug 20 | 1KB |
| HUMONGOUS MEAT | Great Results | Aug 20 | 1KB |
| GiantWeenie | Big N Bad | Aug 20 | 1KB |
| Impr:essHER (G) i | nonSU:RGIC:AL | Aug 20 | 1KB |
| :Health4MEN (G) m | :ITISAREALITY | Aug 20 | 1KB |
| Male Growth B | BIG4HER | Aug 20 | 1KB |
| fasttrackdegrees | University Degrees Marylou nice | Aug 20 | 2KB |
| GRAT:IFYher(G) m | WIT:HNA:TUR:AL | Aug 20 | 1KB |
| IMPR:ESSher (G) i | NONS:URG:ICAL | Aug 20 | 1KB |
| Vella Clarinda | Fwd: | Aug 20 | 2KB |
| SHOCK[H:ER] (G) i | :START now | Aug 20 | 1KB |
| David Parkey | DISC0UNT BRAND CIGARETTES | Aug 20 | 3KB |
| :4maleHealth m | :ITSWO:RK | Aug 20 | 1KB |
| C. Cream... | L00KatMYnewSite | Aug 19 | 1KB |
| :health4male m | :ITis:Wo:rk | Aug 19 | 1KB |
| Take Action | GeterDone | Aug 19 | 1KB |
| Improve your Girth&L... | Make er' Gasp | Aug 19 | 1KB |
| HUGE GAINS | | | |