Acquisition Date: 03 FEB 2005

Notes on the Tiger, by "SystemMax"

form factor: ATX 12.0" x 8.2"

Intel Board D815 EEA
    PBA revision number: A10378-404 => A01379-404
    Bios revision number: EA81510A.86A.0031.PO7 notes 1-7
=============================================

    Device   stepping S-spec number

    82815 GMCH  A2    SL4DF
    82801 BA ICH  B0    SL45H
    82802 AB FWH  A1    SB48 or S848
=============================================

Ser. NO. "ACEA04800923" AA 10378-404, Label E139761

Five PCI card slots, SM bus routed to PCI slot 2
Power Managaement: ACPI 1.0, APM 1.2
Bios    intel/AMI BIOS: intel 82802AB.4 Firmware Hub
ACPI, PnP, SMBios support
Support for WAKE-on LAN
Controller Tag: 01/10/01 //000000 [bar code] .48350 '99 Malay
Two IDE interface with ultraATA/66 and ATA/100 support
One AGP universal slot supporting
    1x, 2x and 4x AGP CARDS
Memory: requries DIMMs that support Serial Presence Detect SPD data structure
ABSENT: (3) 168-pin DIMMs
    100 MHz PC100 SDRAM
    133 MHz PC133 SDRAM (only with 133MHz system bus frequency processors)

    900MHz Pentium iii: 900/100/256/1.7v. 815EEA 370-pin PPGA-socket: A361050 01 047
        7046A464-0464 SL4SD
Intel Update that are available to assist board and device functionality (9-10 downloads)

CD-RW: 8-4-32    ATAPI CD-ROM drive SFF-8020i, rev. 2.5
    Model #= CDRW-8432i, Mfg. Date Nov. 2000. Firmware rev. E10i, ser. No.=$1 \times 10^{16}$
    CT: 011G8432003556 // 3892B791
    Wearnes Peripheral, International, 801 Lorong 7, Toa Paych, Singapore 319319
    buffer size 2048 kB, mDMA2

Toshiba DVD-ROM ver. 001 ROM ver. 1010    uDMA2    buffer 128kB
    Model: SD-M1402
    S/N: OY4M 012363
    Date: November 2000, Ver. 001
    Electonic signature: Y000400529
    Toshiba Corporation: 00TA00M0110843
Absent HDD. Pwer supply 250 watts Sparkle Power box

=============================================

Notes on prior ownership, resident on #206 a security guard by trade. Discovered yesterday, May 24, 2005, that he does not smoke at all, and that the odor of tobacco smoke that i had been still cleaning that day was still present, but he said that he could not understand that with the health problems that he has that he can not tolerate smoking at all, any product of tobacco would be injurious to his person. He also stated that the thing had disappeared [when i found it up for adoption] from next to the elevator where he set it within a half an hour after placing it there, on February 03, 2005. The extra layers of dust laden with the browner composite has come from somewhere else apparently.