Central House
820 Mass. Ave.
Cambridge, Ma. 02139

11 MARCH 2005

To:   All Residents

Re:   **$100 Fine** for Smoking in Common Areas

Date: March 3, 2005

We have been receiving numerous complaints about residents who continue to smoke in the common areas despite the policies against this.

The Department of Tobacco Control has been in touch with us and they plan to make regular, unscheduled visits to Central House. If you are seen smoking in the common areas you will be fined and responsible for paying the $100.00

Any continuation of these offenses may result in the loss of all smoking privileges including smoking in individual rooms.

These visits will start immediately; therefore remember NO SMOKING IS ALLOWED IN ANY COMMON AREAS.

If you have any questions please feel free to contact us in the management office.

Sincerely,

*Antonette LaRosa*

Antonette LaRosa
Assistant Property Manager