# Database for Doctors Tracks Litigious Patients

By Rachel Emma Silverman

Doctors are starting to use a new national database that tracks litigious patients, plaintiffs attorneys and expert witnesses. The database, called DoctorsKnowUs, can potentially be used to deny patient care.

The database, launched in November, is a response to the increasingly hostile malpractice environment. Doctors say they are being barraged by frivolous lawsuits, which have resulted in rapidly increasing medical-malpractice insurance premiums and even in some doctors abandoning high-risk procedures or specialties, such as obstetrics.

The database is already coming under fire from patients and plaintiffs attorneys, who say that they have the right to sue for compensation for medical negligence.

By tracking plaintiffs, the Web site hopes to act as a deterrent to frivolous suits. "People are going to find that if they sue doctors, they are going to find their access to health care may be limited," said Dr. John Shalvoy Jones, the database's creator and a Dallas-area urologist. "That's a harsh thing to say, but this is a war. I don't begrudge people who have a legitimate complaint, but I believe those are few and far between." Dr. Jones has settled two malpractice cases.

The database, which costs $9.95 a month for access, has about 30 members so far and has fewer than 100,000 patient names in the database. In most cases, the database doesn't indicate the outcome of a suit or whether the suit had merit or was deemed frivolous, said Dr. Jones.

Plaintiffs attorneys and patient advocates are disturbed by the idea that patients might be denied care if they have sued in the past. "It could have a chilling effect on patients who may have been harmed by malpractice so that they won't bring claims," said David S. Casey Jr., president of the Association of Trial Lawyers of America.

Doctors are required by their ethical codes to provide medical care to patients in emergency situations. However, in nonemergency situations, doctors aren't required to see all patients. A doctor and patient must trust each other, and if a doctor doesn't trust a patient or vice versa, there isn't an obligation to see that patient, said William G. Plested, chairman of the board of trustees of the American Medical Association.

Doctors say that the litigious environment makes the database approach necessary. "DoctorsKnowUs is a great service. Patients can come into a waiting room and can be screened for a few seconds online. If we find the patient has an extensive malpractice history, we can decide not to start the patient-doctor relationship," says Dr. Keith Berman, a Staten Island, N.Y., plastic surgeon who recently became a member of the database.

Still, patients say that they may unfairly be denied care if they have sued in the past. "It might hurt access to care by people who need it most, which is people who are hurt," said Dylan Malone, an Everett, Wash., graphic designer who is involved in pending malpractice litigation on behalf of his four-year-old son, who has brain damage.

Patient advocates argue that a doctors' malpractice history is hard for the public to obtain. The National Practitioner Data Bank, which tracks malpractice payments, isn't available to the public, but hospitals, managed-care groups, professional societies and state licensing boards can access the information. However, several states, including Massachusetts, California and Arizona have made doctors' malpractice histories available to the public.

# PCCW Reports Loss for Year, Delays Dividend