Patient: TAYLOR,JEFFREY L MRN: 19651108(BWH)  
Author: James E. Ip, M.D. (Entered by: System)  
Status: Final  
Visit Date: 03/14/2005

Urgent Care Note

54M coming to BIMA with c/o scrotal pain

Pt went to local coffee house Sat night, suspects that someone may have tampered with coffee. 4-5 hours after coffee, became distressed, with pain/pressure in scrotum initially pressure -> arousal then sore and unbearable max to 8/10 on Saturday night and Sunday morning, made worse with supine posture. Pain subsided now 3-4/10, no diarrhea/constipation, no dysuria, no F/C, no N/V, no discharge from penis, no rashes. Tolerating pos. Not sexually active, no h/o anal intercourse.

Pt saved urine after second urination following this event and would like urine tested for drugs. Pt prepares his own food, has not had anything out of the ordinary

Lives in Cambridge, in rooming house  
no etoh, no drugs

VS  
97.8, 72, 128/70  
well-appearing, flattened affect, exhibiting paranoid behaviour  
no rashes, no scrotal tenderness  
rectal exam, normal sized prostate, non-tender to palpation

UA was pH 7.0, sp grav 1.010, neg leuk, neg nit, net ket, neg prot, neg glu

AP  
54M exhibiting paranoid behaviour with c/o scrotal pain with no objective evidence of infection  
-send urine tox  
-send urine sediment  
-f/u with PCP next week at scheduled appointment

_____  
James E. Ip, M.D.

Pt d/w BIMA preceptor, Dr. Sadoughi. PCP, Dr. Zuckerman notified of visit