Top of Partition Stall — Door

←

Door edge on opposite side of hindge.

Inside of Stall Surface:
Panel is ABS Plastic with Matte finish.

Edge has been beveled and smoothed, to about 1/4" on @ side.

Key = Unclean Area

ATTACHMENT : ARTISTIC RENDERING OF SURFACE & SMEAR

No. ONE

This corner is precisely where PLAINTIFF hangs the BackPACK, when the door to the middle Stall is closed & latched.

Affidavit MAY 27, 2005     CA04-11802

CA-04-11802