Change request:  Preceptor: Sadoughi, M.D.

Suspect withholding knowledge, therefore Dr. J. Ip should state, record,
☐reason for not providing label, or allowing it to pass to screening where
☐results are rejected.  Urgent visit request 03/14/2005,

Reason:  You discount experience with a suspected substance / questioned
☐substance.  Resources are not applied to forensics.  It is suspected that a
☐content report would prove negative, based on discarding the sample and
☐analysis.

**BRIGHAM AND WOMEN'S HOSPITAL**
Request for Amendment in Medical Record

Patient Name: TAYLOR, Jeffrey L.
Date of Request: 06/27/05

Address: PO Box 39701
Cambridge, MA 02139
Medical Record Number: 196-51-10-8
Date of Birth: 12/08/50

Preceptor: Sadoughi, M.D.

(This section to be completed by patient)
I request the following information to be amended in my medical record: (Please specify Date(s) of Service and name of Provider):
Suspect withholding knowledge, therefore Dr. J. Ip should state, record, reason for not providing label, or allowing it to pass to screening where results are rejected. Urgent visit 03/14/05, James Ip, M.D.  Enter: Patient arrival 2:15 (aka 14:15)  Patient attended 4:35 (aka 16:35)
Add: Voice quality low 3/14.
    Voice quality very low, 3/14.

Reason for Request: You discount experience with a suspected substance / questioned substance.  Resources are not applied to forensics.  It is suspected that a content report would prove negative, based on discarding sample and analysis.

Copy of Document in Question:  ☐ yes  ☒ no

Patient/Guardian signature: _____  Relationship: _____

(This section to be completed by Hospital or Physician Office)
Request approved:  ☐ yes  ☐ no    Date: _____

Updated Document(s):  ☐ paper record  ☐ electronic/online record  ☐ both
(specify applications)

Special Instructions:

Form #

James Ip, M.D. Enter
☐patient arrival:  2:15 (aka 14:15) Patient attended:  4:35p.m (aka 16:35)
Add:  Voice quality low, 03/14
    Voice quality very low, 03/14.

1. To any knowns, the first person to whom disclosure was granted, outside of PCP group involved, or not involved, in direct care.

2. To the second known person, group or entity, the second to whom disclosure was granted, outside of PCP group involved ... ... in direct care.

Notification of Determination sent to Patient/Requestor on: _____ Date

Authorized Hospital Representative: _____ Title: _____

Date: _____

If your request has been denied, you may:

* Submit a statement disagreeing with the denial.
* Request that your original amendment request and denial be attached to future disclosures of your personal health information.

If your request is approved, please list all relevant persons who should be notified of the change. Please include name, title, and address:

1. To any knowns, the first person to whom disclosure was granted, outside of PCP group involved, or not involved, in direct care.
2. To the second known person, group or entity, the second to whom disclosure was granted, outside of PCP group involved ... ... in care.
3. To the third person known, group or entity, the third known to whom disclosure was granted, outside of the PCP group, involved or not involved in direct care.

n. To the nth person known, group or entity, the nth known recipient of any information to whom disclosure was granted outside of the PCP group, involved or not, in the direct care affecting the patient of this account.

3. To the third person known, group or entity, the third known to whom disclosure was granted, outside of the PCP group, involved or not involved in direct care.

. . .

. . .

n. To the nth person known, group or entity, the nth known recipient of any information to whom disclosure was granted outside of PCP group, involved or not, in the direct care affecting the patient of this account.

Request: Fallacy of Omission: ". . . and asked me what I thought."
   01/25/05   Blood does not coagulate. There are multiple examples of not congealing.



Reason: symptoms, physically repetitious. There are no notes to reflect the commonality across visits.

Request: READS: 03/29/05   Dan Sayam Zuckerman, M.D.
"... Exhibits paranoid behavior, but has never seen a psychiatrist
and carries .."

Error of Omission: There are physician notes, multiple occasions of
psychiatry axis: There is not one mention of sebaceous secretion
or about how the problem of sebum may be addressed.

Dan Sayam
Zuckerman, M.D.

Reason: Damage control. Interpretive questions.
Should read for accuracy: "... behavior, but has not seen a psychiatrist. ..."

Request: Errata: "he starts off talking about pollen, . . ." 01/25/05
Patient concurs with Linda Buck.
Pheromones probably exist in humans.
But is perhaps better to believe in perfumes, and to contrast Rxn to noxious odors / allergens.

Pheromone receptor

Lori Wiviott
Tishler, M.D.

Reason: Data errors. Please insert passage into the record to reflect content of a discussion point.

Request: KM Lew, M.D., MA Calfon, M.D., Ph.D. 12/02/04
Sometime patient dehydrated to the point of chapping of lips.
Blood does not congeal.

—— Dehydration presence.

[MC124]
Kathryn Malakam
Lew, M.D.

Tishler preceptor
DSZ [DZ15]

Reason: Oversight of physical symptoms.

Central House
820 Massachusetts Avenue
Cambridge, MA 02139
(617) 876-4626

COPY I
June 21

June 20, 2005

Mr. Jeff Taylor
Central House – Unit #216
820 Massachusetts Avenue
Cambridge, MA 02139

Dear Mr. Taylor:

You are hereby notified to quit and deliver up to your landlord, Cambridge Family YMCA Affordable Housing Limited Partnership/Y.M.C.A. Central House, the owner, at the end of fourteen (14) days, beginning the day after receipt of this notice, the unit you occupy at 820 Massachusetts Ave. #216, Cambridge, MA, together with all privileges and appurtenances belonging to you.

> THE REASON FOR SUCH NOTICE TO QUIT
> IS NONPAYMENT OF RENT BY YOU.

You are hereby notified that if you should cause or allow to be caused any damages to the premises, we will hold you liable for the same.

You are further notified that we reserve the right, as entitled by law, to collect all sums due or that will be due for the use and occupancy of said premises when you vacate the same. To date, you are $25.00 arrears on your rent.

Balance as of June 20, 2005:        $25.00

You have the right to prevent the termination of your tenancy by paying or tendering to your landlord, on or before the date the answer is due, all rent then due, with interest and costs of the lawsuit.

You are hereby advised that you have the right to discuss the proposed termination of tenancy with your landlord at any time prior to the termination date set in this notice. If you request such a meeting, your landlord agrees to discuss the proposed termination with you.

In addition, you are advised that if you remain in your unit on the date specified for termination of your tenancy, your landlord may seek to enforce the termination only by bringing a judicial action, at which time you may present any defense you may have.

[COPY I
June 21]

Mr. Taylor/Unit 216

If you should fail to leave the premises within fourteen (14) days beginning the day after receipt of this notice, the full force of the law shall be employed to evict you and collect all sums due.

If you are considered disabled under applicable state or federal law, you have a right to a reasonable accommodation to resolve Occupancy Agreement violations if such violations were a result of any such disability.

Please be advised that any monies paid by you after this date shall be accepted for use and occupancy only, without waiving the right of your landlord to proceed against you under this notice.

If you fail to so vacate, we shall take due course of law to evict you.

_____
       Kevin Braga
    By: Kevin Braga
       Property Manager
       S-C Management Corp.
       820 Massachusetts Ave.
       Cambridge, MA 02139

### RETURN OF SERVICE

Date: June 20, 2005

On this date, I gave notice to the within named to quit and deliver up and to vacate as within directed.

__X__ by giving to him or her in hand, or delivered to his mailbox

_____ by giving to provider by mail box, or

__X__ by leaving it at his last and usual place of abode, at the within-stated address, the original notice of which the attached is a true and attested copy.

Attested by: _____  Witnessed by: _____
Kevin Braga,             Antonette LaRosa
Property Manager           Assistant Property Manager
S-C Management Corporation, AMO