United States District Court
District of Massachusetts

Jeffrey Taylor, Pro Se
   Plaintiff

- v. -

Cambridge Housing Authority,
   Defendant,
Central House, YMCA.
Residence, and CHA-member,
   Defendant,
S.C. Management Corp.
   Defendant

Commonwealth of Massachusetts
County of Middlesex

FILED
IN CLERKS OFFICE

2006 MAR 29 P 1:31

U.S. DISTRICT COURT   04-11802 EFH
DISTRICT OF MASS

AFFIDAVIT

28 March 2006

PLAINTIFF resides in building at 820 Massachusetts Avenue, No. 216, Cambridge, Massachusetts 02139, the location subject of the party of the defendants, who control LEASED-Housing under government subsidy program, USDHUD, to the Cambridge YMCA. Although procedural docketing requires a minimum of four copies of any bill of complaint or issuance today, a single copy will suffice for copies of the demand for rental payments (the money held in account of plaintiff has been marked for education, and administrative expenses for the generation of income), and re-certification notice for the spring adjustments (there is absent income, so there is basically no change in earnings, nor has there been a change in income). Until PLAINTIFF has resolved printing and office supply problems, a single copy has been available for recordation

of housing issue, mindful w.r.t. criminal activity relative to Plaintiff. The theft of the control of the apartment is also an act the defendants hope to achieve in the administration of the housing rules. The Cambridge Housing Authority funds the administration of the Family YMCA Affordable Housing Partnership, LP, which runs the facilities at the address above. Their address is 675 Mass Avenue.

Attachment one. March 27, 2006 [original] letter of S-C management company employee Antoinette LaRosa. It is a demand of rental arrears, non-payment by Plaintiff is cited for an intended action, of eviction.

Attachment two. March 2006 [green copy] newsletter of YMCA resident staff coordinator and social worker, employed by the S-C Management Corporation. Note in the announcement of the computer resources currently on hand in care of Kristen.

Attachment three. February 23, 2006 letter [original NOTICE] of contract administration personnel, Cambridge Housing Authority. John Cousama performs the assessment of income, and the variances by CHA-member housing residents, those holding Section Eight housing rental vouchers.

Attachment four. January 10, 2003 extract of newspaper, Patriot Ledger. The story is of a California event involving the homeless and of politically guided street conflicts. As the PLAINTIFF will note, this does not relate to food-fighting, or what is known as food wars.

It is not a war based on economics, but rather one in which economics for the poor are the motivators. It is a war in which tools of economics are at play. The politics of economics drive the perpetrators to behave in ways that are reprehensible to law.

I, Jeffrey Taylor, state and depose for the purposes of the record the preceding content and under the penalties of perjury confirm the truth and the accuracy, and for true copy of any material attached, of the provisions herein 28th March 2006. We are permitted a single copy to work with, until there are circumstances that dictate otherwise.

Plaintiff  *[signature]*

Jeffrey L. Taylor

March 28 2006          page 3 of 3          Post CA 04-11802

Central House
820 Mass. Ave.
Cambridge, Ma. 02139
617-876-4626

March 27, 2006

Jeff Taylor
Unit #216

Dear Mr. Taylor:

To date we have not received your arrearage of $50.00 for your rent. Please either come into the office or call us by Wednesday March 29th with your payment. If payment is not received by Friday March 31at 11:00 am, we will be forced to hand over the case to out attorney's office.

If you have any questions, please feel free to contact us.

Sincerely,

*[signature]*

Antonette LaRosa
Assistant Property Manager

[29 MARCH 2006]   [C04 11802]

**March 2006**

# Central House Newsletter



## It's March at Central House!

Hello Central House! Spring is coming and we have all kinds of excitement in store for you! Well, not all *that* much, but spring is enough of a reason to get excited, right?

So, there are a few changes in the activities line-up. Check the calendar on the back of this newsletter for details. One change is that the computer lab here at the YMCA is no longer open. Don't fret though! You can use computers at any Cambridge Public Library. The Central Square branch is at 45 Pearl St, (617) 349-4010. You can also use computers at CCTV, which is on Prospect St. between Bishop Allen and Mass Ave. The computers are free to use on Sundays 6-9:00pm, and Tuesdays 3-6:00pm. There are other available times, but there is a $5 charge. You can call CCTV for more info at (617)661-6900.





## Central House Residents on TV!



Yes, it's true. We've got two residents who have TV shows on CCTV! If you are interested, you can watch the Professor interview local artists on "Be-Live, Cambridge and the Arts" every other Friday at 4:30pm. Jacques Fluery also has a show with a wide variety of interesting guests. His show is called "Dream Weavers" and is on Thursdays at 5:30pm. Jacques takes live calls during his show! For those who don't know, CCTV stands for "Cambridge Community Television" and is a non-profit. Anyone can have their own show, as long as they go through a training course. CCTV is on channel 9.



**Special points of interest:**

- St. Patrick's Day is March 17th!
- The official first day of spring is March 20th!

[28 MARCH 2006]   [CA04-11802-EFH]

**CAMBRIDGE HOUSING AUTHORITY**

675 Massachusetts Avenue, Cambridge, MA 02139  p 617 864 3020 / TDD 800 545 1833 x112 • 617 868 5372 • www.cambridge-housing.org

February 23, 2006

Jeff Taylor
820 Mass Ave # 216
Cambridge, MA 02139

Dear Jeff:

    Due to the <u>interim</u> re-certification of your family composition and income, your rent effective April 1, 2006, will be $ 25 .00 monthly.

    Please, remember that you are required to report ANY CHANGES in your household income, medical expenses and/or unusual expenses. If there are to be any changes in your family composition, a person leaving or an addition the household, you must notify the CHA immediately.

    If you have any questions, please, contact me at (617) 497-4040 ext. 418

                              Sincerely,
                                John Cassama
                              Leasing Housing Staff

Cc: Landlord
     File

PATRIOT LEDGER

January 10, 2003

NEWS LINE / Nation

"Homeless Brawl Instigators Charged"

**EL CAJON** --California. -- A judge's jaw dropped and a witness covered his eyes yesterday as they watched the videotape that four men are accused of making by inducing the homeless to brawl in exchange for beer, doughnuts and money.

The defendants pleaded innocent to charges of battery, illegal fight promotion, conspiracy and soliciting an assault with deadly force.

The witness, Peter Laforte, said the filmmakers paid a homeless woman $20 to attack him in a public rest room in San Diego in 2001.

The explosive brawl that ensued is the first scene on the videotape, "Bumfights: A Cause for Concern," which is sold via the Internet for $20 a copy.

[28 MARCH 2006]

[CA04-11802]