<div align="center">

United States District Court
District of Massachusetts

</div>

FILED
IN CLERKS OFFICE

2006 APR -5 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Jeffrey Taylor,<br>  *Plaintiff*<br><br>- verses -<br><br>Cambridge Housing Authority,<br>  *Defendant*<br><br>Central House, YMCA,<br>Residence, and CHA-member,<br>  *Defendant*<br><br>S-C Management Corp.,<br>  *Defendant*<br><br>John Doe, Entity Unknown,<br>  *Defendant* | Post CA—04-11802   EFH<br><br><br>**AFFIDAVIT SUPPLEMENT**<br>— THE ATTACHMENTS<br>31 MARCH 2006 |

Commonwealth of Massachusetts
County of Middlesex

**Divisions of the Parties, Reasoning and Legality: Sections 1-6**

### Parties and Jurisdiction

1. Plaintiff party.
2. QHWRA, of 1998, Section 507a, the legal environment and low-income housing.
3. Parties and their relationships.

March 31, 2006                                                                 CA04 — 11802  EFH

    4. Restrictions noted in environment: you can't play CD-ROMs or go about watching videos on your own. [Who may own up to this? Because a restriction has arisen from a government agency to say Plaintiff cannot be with a car — and reason that it means the condition is for perpetuity?] The environment certainly includes this, Plaintiff resides with Defendant's housing. While here, Plaintiff is subject to high scrutiny and a course of community supervision. Perhaps there should be a reason why the DEFENDANTS want this provision. Call on explanation. The bicycles Plaintiff has used for transportation have been destroyed while also being associated with the residence.
    5. Plaintiff has been named as a "Vandal." No apology is tendered for a wrongful accusation.
    6. CHA representatives state that CHA can subject renters to investigation.

## Facts relevant to Dispute, Parts 1-18

    1. Small claims action initialized in court. Suggestion on action to recover/re-reimbursements Housing issues of overpayment minimum rents.

    2. CHA administrative assistant has come into foreground, and has had role in plaintiff's placement, while the assistant interviews 1999.

    3. Notes on events: environment people around on purchase of EIDE drive while Plaintiff is trying to build a computer.

    4. Employment. Variances reported to the certifying agency: CHA.

    5. Minimum rent. Definitions public rental strategy. More demands for current contract of the Leased Housing. Plaintiff lacks even savings account.

    6. Strategy of public housing. Minimum rent and pay up.

    7. a) Things of loss. Things of recovery (named in previous filings as lost). Things lost to calculated financial harm (book, 1992, bike 2000, bike, 2001, credit financing for bike, EIDE device, 2005). Meaning in subjectivity to economic conditions. Subjectivity to crime, and obloquy.
    b) Method of attachment. Stealth and secrecy of methods in use by unknowns who are/have been employed to disrupt the activities of PLAINTIFF.
    c) Absolutely more on the theft of the braided belt from plaintiff's possession.
    d) Boston City Police officer on inquiry or duty. Asks of plaintiff's prior residences, if any on a Lee street.
    e) GAP purchase of a $5 twofer on belts. The stolen belt showing up with

another resident at the YMCA. #217 particularities.

    8. Security of locked room in Rooming House. The particularities of twin neighbors.

    9. Computer has been scrutinized. A file's contents have been deleted, and the used system software (Win98 OS) is suspected of cause. System File Checker report on Systemax custom computer being built by Plaintiff.

    10. Plaintiff's state of security prohibits having things that are not subject for scrutiny, theft or ruin: physical exercise may be permitted, but nothing plaintiff can leave behind such as a wallet will be left alone.

    11. Statement of rejection of reduced fare offer on March 19, 2006. Attachments: March 02, 2001 letter of Shelter, Inc. employee letting plaintiff know how to supplement income through her agency (there is error in same subpart identifying this letter originating in 2003). There are two printouts of Cambridge Housing Authority offering residents information of resources and services. These are mailing distributions, one of December 2005, and another March 2006. Redirecting economics to community services.

    12. Attachment: facsimile of December 13, 2001 let Beth Cabrera to JLT

    13. Interim recerts, and Redirecting economics to community services.

    14. Attachments and Liens: statement on absence of autonomy.

    15. Print out, electronic mail: [this is restricted for the current time.]

    16. Attachment: Photocopy of Small Claims filing. For: Aug 15, 2005

    17. Request Kevin: Open sink, TV room. No funds for rent available.

    18. There exists an entry into Credit Report: May 02, 2005. Cell phone.

March 31, 2006                                        Re: CA04 — 11802 EFH

# JAS/Futures for Young Parents Program
## 16-R Butler Drive
## Somerville, MA 02145
### Tel. 617-623-6667

Since 1988, the Futures for Young Parents Program has provided education, counseling and job placement to over 1200 students. Graduates of our program receive a GED, and either enter a job training, go to college, or get full time jobs with great wages and benefits.

To be eligible for our program, you must be 14 – 20 years old, either 5 months pregnant or already a parent, receiving TAFDC and seeking a GED!

---

*CHA cares about you and your family.*
*You have a right to be safe in your home.*
*If you or your children are in danger,*
*talk with someone about domestic violence*
*And get help.*

| | |
|---|---|
| Emergency: | 911 |
| Cambridge Police DV Unit (weekdays) | 617-349-3371 |

## Counseling and Shelter

| | |
|---|---|
| Transition House Hotline (24 hours) | 617-661-7203 |
| SafeLink (24 hours, English/Spanish) | 877-785-2020 |
| Counseling for Batterers -- Emerge | 617-422-1550 |

## Legal and Court Services

| | |
|---|---|
| Cambridge & Somerville Legal Services | 617-603-2700 |
| Community Legal Services & Counseling | 617-661-1010 |
| District Attorney's Office | 617-494-4430 |
| (to get or deal with a Restraining Order) | |
| Elder Abuse Hotline (24 hours) | 800-922-2275 |

**Unemployed and looking for a job???**

**Working but need a better job?**

**Need training to get that better job???**

# Check Out

## the

## CAMBRIDGE EMPLOYMENT PROGRAM

**Personal Career Counseling**

**Help with Job Search**

**Help Finding Training**

*Call Soon!!!*

**617-349-6166**

# Help your child do better in school

Join the Saturday Morning Parents ROCK Program!
PARENTS Reading On Computers with Kids



Learn together with your child

Find out how to use a computer to help your child learn

FREE

Take a break from Saturday morning cartoons!

You don't have to know how to use a computer

A project of the Cambridge Housing Authority, Community Learning Center, Agenda for Children and the Child Care Resource, Inc.
Must be a Housing Authority or Section 8 Resident to Participate
Funded in part by the Cambridge 0-8 Council ELOA Grant from the US Department of Health and Human Services.





### NEW SESSION STARTS JANUARY, 2006
### SIGN UP NOW!!
(You **must** come to one of these sign-up times)

#### JEFFERSON PARK CLASSES:

- <u>Mondays and Wednesdays</u> – 7:00 PM to 9:00 PM
- <u>Saturdays</u> – 9:00 AM to 12:00 Noon

To sign up for a class, come to <u>Jefferson Park</u> Computer Lab, basement of door 5A across from the MDC Pool on Rindge Avenue

*Sign-Up Times*
Monday, March 20, 2006 at 6:00 p.m.
or
Saturday, March 25, 2006 at 12:00 noon

*For more information about **Jefferson Park**, call John Galli at 617-497-4411*

#### WINDSOR STREET CLASSES:

- <u>Tuesdays/Thursdays</u> – 9:30 AM to 11:30 AM
- <u>Mondays/Wednesdays</u>  or  <u>Tuesdays/Thursdays</u> -- 7:00 PM to 9:00 PM

To sign up for a class, come to <u>119 Windsor Street</u>, basement of the Health Clinic

*Sign-Up Times*
Monday, March 20, 2006 at 10:00 a.m.
or
Wednesday, March 22, 2006 at 6:00 p.m.

*For more information about **Windsor**, call Wendy Quinones at 617-499-7011*



*Complete Projects with Images and Photos in MS Word, Publisher, PowerPoint, Internet and Email!!!* ☺



**KNF&T**
*Staffing Resources*

December 13, 2001

Mr. Jeff Taylor
PO Box 391701
Cambridge, MA 02139

Dear Mr. Taylor:

This letter is to inform you that you are no longer eligible for employment through KNF&T. It is my understanding that you had scheduled an appointment to use our training/testing facilities on Wednesday, December 19th. I have canceled that appointment and ask that you not come to our offices at any time in the future. Security has been alerted to this request.

If you have any questions regarding the above statements, please contact myself at 617-574-8200 ext 3023 or Jeanne Fiol, Principal, at 617-574-8200 ext 3008. You should contact no other persons at KNF&T in the future.

Thank you,

Beth Cabrera
Vice President

133 Federal Street, Boston, MA 02110         33 Lyman Street, Westborough, MA 01581
617-574-8200   Fax: 617-574-8222              508-836-3355   Fax: 508-836-5463

info@knft.com                                                    www.knft.com

Jeff,  [03 02 01]

Ellen lets me know if people may be having difficulty w. rent. I may be able to help you catch up if you'd like to talk about it.

My office is on the 4th Flr — my phone # is 354-0120

On Monday I'll be around from 10 - 2 (11-12 ~~not good~~)

Tues. I'm around from 11 - 7
Wed I'll be avail from about 12:00 - 5:30 or 6:00

— Theresa Elliott

**Plaintiff Exhibit**

## Commonwealth of Massachusetts
### The Trial Court

## SUMMARY PROCESS SUMMONS AND COMPLAINT

DISTRICT COURT ____ Department          Docket No. _____

CAMBRIDGE ____ Division                 Entry Date __8/15/05__

MIDDLESEX _____, ss

THIS IS A COURT NOTICE OF A PROCEEDING TO
EVICT YOU, PLEASE READ IT CAREFULLY
IMPORTANTE: ESTE DOCUMENTO ES UNA NOTICIA DE UNA CORTE,
RESPECTO A PROCEDIENTES PARA DESALOJARLE

TO: Jeff Taylor

ADDRESS: 820 Massachusetts Avenue, Apartment 216   CITY: Cambridge   ZIP: 02139

You are hereby summoned to appear before a Justice of the Court at the time and place listed below:

DAY: Thursday   DATE: 8/25/05   TIME: 9:00 AM   COURT LOCATION: 40 Thorndike St. Cambridge MA

ROOM: 13-A ____ to answer the complaint of LANDLORD/OWNER Central House by and through it managing agent S-C Management

STREET: 820 Massachusetts Avenue   CITY: Cambridge   ZIP: 02139

that you occupy the premises at 820 Massachusetts Avenue, Apt. 216, Cambridge, MA being within the judicial district of this court, unlawfully and against the right of said Landlord/Owner

because __of failure to pay rent to which your Landlord is entitled.__

and further, that $ __75.00__ rent is owed according to the following account:

ACCOUNT ANNEXED

ROANNE SRAGOW
First or Chief Justice
_/s/ Moscow_
Clerk/Magistrate
_/s/ Therese Quijano_ Therese Quijano
Signature of Plaintiff or Attorney
8/2/05
Date of Signature of Plaintiff or Attorney

July, 2005:      $ 50.00 (balance)
August, 2005:    $ 25.00

MARCUS, ERRICO, EMMER & BROOKS, P.C.
45 BRAINTREE HILL OFFICE PARK, SUITE 107
BRAINTREE, MA 02184
Address of Plaintiff's Attorney
(781) 843-5000
Telephone Number of Plaintiff or Attorney

NOTICE TO OCCUPANTS: At the hearing on __8/25/05__, you (or your attorney) must appear in person to present your defense. You (or your attorney) must also file a written answer to this complaint. (Answer form 2 is available in the clerk's office.) You must file (deliver or mail) the answer with the court clerk and serve (deliver or mail) a copy on the landlord (or landlord's attorney) at the address shown above. The answer must be received by the court clerk and received by the landlord (or the landlord's attorney) no later then the first Monday after the Monday entry day.

IF YOU DO NOT FILE AND SERVE AN ANSWER, OR IF YOU DO NOT DEFEND AT THE TIME OF THE HEARING, JUDGMENT MAY BE ENTERED AGAINST YOU FOR POSSESSION AND THE RENT AS REQUESTED IN THIS COMPLAINT.

NOTIFICATION PARA LAS PERSONAS DE HABLA HISPANA: SI USTED NO PUEDE LEER INGLES TENGA ESTE DOCUMENTO LEGAL TRADUCIDO CUANTO ANTES.

PLEASE SEE NOTICE OF IMPORTANT RIGHTS ATTACHED HERETO

AOTC-25 (3/01)

Sample Communications, CHA Related

March 13, 2001, complaint from S-C Management Corporation, AMO, Central House, 820 Massachusetts Avenue, " ... to the within named to quit and deliver up and to vacate as within directed." Brouillard, balance as of 03-13 = $351.00

October 11, 2001, complaint from S-C Management Corporation, AMO, Central House, 820 Massachusetts Avenue, " ... to the within named to quit and deliver up and to vacate as within directed." Brouillard, balance as of 10-11 = $566.00

December 9, 2002, complaint from S-C Management Corporation, AMO, Central House, 820 Massachusetts Avenue, " ... to the within named to quit and deliver up and to vacate as within directed." Brouillard, 12-09 balance = $25.00

February 7, 2003, complaint from S-C Management Corporation, AMO, Central House, 820 Massachusetts Avenue, " ... to the within named to quit and deliver up and to vacate as within directed." Brouillard, balance as of 02-07 = $25.00

July 14, 2005, complaint from S-C Management Corporation, AMO, Central House, 820 Massachusetts Avenue, " ... to the within named to quit and deliver up and to vacate as within directed." Braga, balance as of 07-14 = $50.00

March 17, 2006, complaint from S-C Management Corporation, AMO, Central House, 820 Massachusetts Avenue, " ... to the within named to quit and deliver up and to vacate as within directed." Braga, balance as of 03-17 = $50.00

Item:
Draft Letter of JLT to CHA:
"Please accept the enclosed seventeen certification forms for purposes of annual renewal of residence assistance.
"Some agency and office functions require mail submission, and will not accept materials for consideration that do not arrive by third party delivery methods.
"In the total absence of income from employers during the fiscal (November 2002—November 2003) I do not have the required postage to act in timely and effective manner to meet Cambridge Housing Authority scheduled time for completion of recertification, in this year.
"From the standpoint of legal disability of services from any employer, diverse employments, the material submitted for review may not be complete, as communications expenses have been beyond the means to accomplish these goals."
— submitted for review 12 November 2003 (CHA letter 10/21/03, for appointment November 11, 2003, which CHA rep failed to show)

Item:
Draft Letter of JLT 2001:
"PO Box 391701, Cambridge, MA  02139
"May 15, 2001
"Mr. John Cassama
"Cambridge Housing Authority
"19 Prospect Street
"Cambridge, MA  02139
'The calculations you have worked with this year, up to the point in late March were not based on actual income figures. Instead, upon formula derived on an earning projection.
"The enclosed information on payments I have received from employment show the last week for which I was payed [sic] for work and the most recent income period.
"Incidentally, the past pay period was in December 2000, where there are checks Jan 03, 2001, and December 28, 2000.  The next pay period has check dated for May 05, 2001.
"Jeff Taylor"

Item:
Letter of JLT to Brouillard April 27, 2001, for attached $25 payment.