

# United States District Court
### District of Massachusetts

|  |  |
|---|---|
| Jeffrey Taylor, *Plaintiff* | ) ) ) ) ) |
| - verses - | ) ) Post CA—04-11802   EFH ) ) |
| Cambridge Housing Authority, *Defendant* | ) ) ) |
| Central House, YMCA, Residence, and CHA-member, *Defendant* | ) ) ) **AFFIDAVIT** — supplemental ) ) *17 April 2006* |
| S-C Management Corp., *Defendant* | ) ) ) |
| John Doe, Entity Unknown, *Defendant* | ) ) ) ) |

Commonwealth of Massachusetts
County of Middlesex

## Supplemental Documentation

    1. Letter of S-C Management Corporation, written by Assistant Property Manger, dated April 11, 2006 addressed to JLT. This is vague, as Kevin Braga and the main front desk attendant was in a discussion at the bulletin board YMCA in Lobby for athletic guests. Plaintiff deposited hand-towel into mail box slot on resident's access from their offices. The paper towel had a lost and found object contained inside, a delicate article. The letter from Antonette LaRosa was placed into the resident's mailbox where Plaintiff picked up. Attachment: letter of April 11, 2006. Jeffrey L. Taylor.

Central House
820 Mass. Ave.
Cambridge, Ma. 02139
617-876-4626

April 11, 2006

Mr. Jeff Taylor
Unit 216

Dear Mr. Taylor,

This morning you were seen putting a crumbled up paper towel in our deposit box. This is not acceptable. If you have trash to dispose of please put it in a trash can.

If this behavior continues you will be putting your housing in jeopardy.

Sincerely,

Antonette LaRosa
Assistant Property Manager