# United States District Court

District of Massachusetts

|  |  |
|---|---|
| Jeffrey Taylor,<br>*Plaintiff* | )<br>)<br>)<br>)<br>) |
| - *verses* - | )<br>)<br>) |
| Cambridge Housing Authority,<br>*Defendant* | )<br>)<br>)<br>) |
| Central House, YMCA,<br>Residence, and CHA-member,<br>*Defendant* | )<br>)<br>)<br>) |
| S-C Management Corp.,<br>*Defendant* | )<br>)<br>) |
| John Doe, Entity Unknown,<br>*Defendant* | )<br>)<br>) |

**AFFIDAVIT** — supplemental

24 April 2006

1.  Letter of attorney firm hired by S-C Management Corporation sent via DHR Associates, of 357 Cambridge Street, Cambridge, MA, 02141 direct Plaintiff's to answer to the court for rental arrears:  avers to the rental due, and perhaps three months due on notice of arrears.  The plaintiff has been

April 24, 2006                                          Post — CA04 — 11802  EFH

summoned to answer on this day, 24 April, to those claims in the action brought by attorney group of Braintree. The letter has a post mark of April 12, of this year, 2006. Attachment hereto.

2. In absence of those papers served to Plaintiff by the 12 April 2006 process, plaintiff avers to rental arrears, if it were not for the action which violates housing law, in support of need of housing assistance, and low income assistance from the McKinney Vento Act, Plaintiff would perhaps hold a job and work responsibilities. Instead, now Plaintiff must have time to address what appears to a PROCESS.

[Plaintiff suffers from a work slander by defendant organization against Plaintiff by other residents who have become hostile to the Plaintiff.]

3. For an April 17, 2006 event in the afternoon, for example, one of the upper floors residents has appeared in the second floor necessary room to micturate and wash afterwards. Plaintiff has finished cleaning up at one of the sinks and was in preparation to leave when Anthony fourth floor has left sink running, while on departing. Hostile exchange occurred at the point of plaintiff reminding of this act of leaving the water running for the plaintiff to turn off. In year prior to the initiation of MICV2004-1828B same person has used sink on the fourth floor while Plaintiff was in bathroom to shave and brush teeth. Plaintiff called his action at the time, but also went to where person was in a lounge with a group of people and said to him there that the water was left running.

4.   The computer records for the preparation for reply have
been removed from plaintiff computer.  It is not known when this
act of theft/destruction, or the period in which entry has been
granted to make this possible.  It transpired at the Plaintiff's
room, where the housing assistance of the McKinney Vento funds
are applied.  This act of intervention by a house authority now
is violating Plaintiff's right of due process.  By trespassing,
appropriation, and interfering with procedural rights in the
court system to address complaints originating there, party of
the defendant further indemnifies that party and injures
Plaintiff.

5.   There have been several other invasions into the
plaintiff's room, while the plaintiff has been in attendance to
work and related activity established for April.  While the
plaintiff has been at work a privacy invasion has damaged the
work relationships in order that Plaintiff compensate for
losses.

6.   At the minimum, two perhaps three raids have been
conducted in the Plaintiff's backpack.  The stealth attacks have
been performed in the duration of Plaintiff's use of the
bathroom.  A.)  Also, the other opportunity in which thieves
have had time to make trespasses in the backpack have been at
the museum, while the plaintiff's property has been out of the
control of the plaintiff.  Plaintiff has neither been able to
keep the property in his physical control, or in constant sight
to maintain guard over it.  Person active on the claims of

property of PLAINTIFF have performed their raids while plaintiff
has been defenseless.

B.)Loss of personal information equivalent to hard identity
theft, was launched and targeted to retrieve from a 1997 folder
which contained portions of a personal diary, *inter alia*. At least
some of the acts of performing a custody lien have transpired
within the museum property with Joseph Greene's curatorial
control. The location was the Semitic Museum, Harvard
University grounds.

7. There must be such displeasure. Have I angered in some
way that Plaintiff is treated so badly? Plaintiff may have left
the backpack unattended for a moment while returning a newspaper
to the front of the coffee house attended April 18. Plaintiff
learned here of the results of the Boston Marathon.

8. On April 16, 2006, the room was entered following the
return of plaintiff from the MIT Swap Fest for the trespasser(s)
to obtain the Dell printer CD-ROM, while Plaintiff was cleaning
dishes for meal. The CD-ROM contains the software for owner's
operational manual, drivers and programming material. At the
Swap Fest, this CD-ROM was inside of box with printer's content
and printed matter when the transaction occurred. Software was
given in exchange for the printer, as well as a manual for
software use and enjoyment. Please note, a second entry into
the Plaintiff's room has taken place between the time the
Plaintiff brought Dell printer into the residence and a day
later when unpacking the printer and making it operational. The
CD-ROM has been replaced.

9.  The first loss of court papers and supporting material were also booty in this entry period, when at least one time the plaintiff went out to use bathroom.  The entry period is a few days spanning the time it has taken Plaintiff to build a Windows 2000P computer, and to adapt a working configuration.

10.  On Thursday of this same week of the Boston Marathon, an additional entry has been perpetrated, while the plaintiff was in shower in the residence.  On this occasion of criminal trespass Plaintiff's electronic watch has been reset to an hour other than the correct time (observed normally in the week prior of the adjustment to standard time in the daylight savings time).  It is not known the extent of damages may have been done on this day.  [The computer build has resulted in changes in the system BIOS.  An unexpected change, after the Plaintiff has set passwords, is the system Supervisor Password.  Plaintiff has been required to take time to reset all passwords on the computer system newly created a second time.]

Signature:

Jeffrey Taylor            *Jeff Taylor*

April 24, 2006                                    Post — CA04 — 11802  EFH



041306

Jeff Taylor
Central House
820 Massachusetts Avenue, Room #216
Cambridge, MA 02139





```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO           2422
RECIPIENT ADDRESS  6174949129
DESTINATION ID
ST. TIME           04/24 17:03
TIME USE           00'28
PAGES SENT         1
RESULT             OK
```

Ref: 065284 Docket
                    206

FAX  COMMUNICATION

_____
_____

TO:        617. 474. 9129 ; 781.843.1529

DATE:      2006 APRIL 24

SU:        RESPONDENT Answers to S.C.M CLAIM

FROM:      Jeff Taylor

Greetings member(s) of court, Attorney proxy(s) SCM.

1.   Defendant avers to right of claim for
     rental dues from contract agencies,
     for whom the amounts are determined
     by assessment agency.

2.   Rental agreement, dated Nov 2000, refers

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

```
TX/RX NO            2424
RECIPIENT ADDRESS   7818431529
DESTINATION ID
ST. TIME            04/24 17:15
TIME USE            00'39
PAGES SENT          2
RESULT              OK
```



**FedEx Kinko's.**
Office and Print Center

# Fax Cover Sheet

Date __24 APR 2006__          Number of pages __2__ (including cover page)

To: __M T. Quijsno__          From:

Name __Marcus Enrico Emmer of Books__     Name __V Taylor__

Company __Braintree, MA__     Company ____

Telephone ____                Telephone __617 876 . 2858 x 216__

Fax __781 843 . 1529__

Comments ____ __Per Req. 065257 Doctrl 200__

Fax - Local Send    Fax - Domestic Send    DOMESTIC Send Addl Pages    Fax - International Send

fedexkinkos.com 1800 GoFedEx 1800 463 3339