**United States District Court**
District of Massachusetts

| | |
|---|---|
| Jeffrey Taylor, *Plaintiff* | Post CA04-11802 EFH |
| - verses - | |
| Central House, YMCA, Residence, and CHA-member, *Defendant* | **AFFIDAVIT** — Evidentiary<br><br>17 AUGUST 2006 |
| S-C Management Corp., *Defendant* | |
| Central House, Officer *Defendant* | |
| J. Doe, Entity Unknown(s), *Defendant* | |

Commonwealth of Massachusetts
County of Middlesex

---

Documentation. The attached paper presents evidentiary material enclosed in a wrapper for protection of strand of hair. It is recognized as a sign of enmity, and of an invasion of personal spaces of Plaintiff (see document of August 09, 2006). The hair is a close match of another strand of hair collected by Plaintiff at another time. Upon examination, Plaintiff can state roughly no differences exist in the luster, color, or ownership, as it has remained on the premises interior to the plaintiff's personal spaces by a repeat visitor.

I, Jeffrey Taylor, state and depose, under the pain of perjury, the authenticity of attached content, 17 August 2006.

Jeff Taylor    *[signature]*