United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2007 JAN -5 P 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Jeffrey L Taylor,<br>*Plaintiff* | |
| — verses — | CA04—11802 EFH |
| Cambridge Housing Authority,<br>*Defendant* | |
| Central House, YMCA,<br>Residence, and CHA-member,<br>*Defendant* | **AFFIDAVIT** — DATA<br><br>**05 January 2007** |
| S-C Management Corp.,<br>*Defendant* | |
| Central House, Officer<br>*Defendant(s)*<br>J./J. Doe, Entity Unknown(s),<br>*Defendant(s)* | |

Commonwealth of Massachusetts
County of Middlesex

## DOCUMENTATION for January 05, 2007

This affidavit contains developing material related to the cause of complaint initiated to address invasion of privacy, loss of constitutional right of due process and damages to persons (a person's reputation is a proprietary matter as much as a possession). Amendment IV infractions have lead a historic path that plaintiff is currently illustrating. Attachments hereto today relate to the conditions affecting the quality of relation to host residential agency/ies.

On the occasion of meeting with the attorneys from

Cambridge and Somerville Legal Services, a part of

Greater Boston Legal Services, a zero-dollar income packet from the housing agency was obtained by their counsel for the Plaintiff's use. The attorney who has represented Plaintiff against the lawsuit instituted by the CHA-member where Plaintiff has residence, has filled in the form as example. As in the phone connection earlier alluded by calling the Plaintiff and asking for ``John'', the misnomer in the document perhaps is idiosyncratic, but naming Plaintiff by the ``John'' name is not something else related to the quality of performance that was given in court and in representation. The appeals, and closure of the superior court claim in trial sessions with the Commonwealth, have been resolved, and possession has not taken to the detriment of the Plaintiff. The conclusion of the landlord case for breach of contract for not paying rent in 2006, is the matter in which the housing agency operates, and upon which principles of low-income housing is predicated. Having no income means that waiver for minimum rent fees is a condition of provision by the housing agency. There are aspects of the rental, which Plaintiff has now only fully understood as the type of rental arrangement the housing agency works. It, the classification of

the housing is section eight, however, rather than a regular work entitlement that is allowed with the standard section 8 housing, THE PLAINTIFF has been only accorded a rental with moderate rehab. The rehab, as it turns out, does not refer to housing quality, but to the occupant, and therefore automatically has a medical signature vested in the leasing terms.  This is fact that is not very well stipulated in contract agency, and in terms under which the contract has been signified.  It may mean that because work is not dependent upon satisfying the conditional rental, but the working/living condition can be used as a means to regulate the work and an entitlement of the provisions of service expected from the occupant therein.

    **Attachment**:  Please observe that the ``ZERO INCOME INTERIM RENT REQUEST'' is one of those important items in which the hard copy has been disappeared from the possession of the Plaintiff.  As far as Plaintiff can determine, two filings ago, the backpack has been raided for the only copy of GBLS illustrative work.

    **Attachment**:  ``IMPORTANT NOTICE'' which is the paper and is bold and double underlined.  The photocopy of this document refers to billing

submissions, and medical reviews of the health of Plaintiff, upon visit to the Waltham, Massachusetts physicians office.  The Plaintiff is not aware at this time of the establishment of ``Sterling Medical Center''.  The referral to ``ANCILLARY AUTHORIZATION'' services is one of testing.  The doctor who reviewed the medical condition claims of Plaintiff, and who has examined the Plaintiff, and interviewed, has ordered a blood test.  The test *CB is in part a immunological assay, which determines, and has determined, a cell count related to the health status and that of infections.

The day following the exam, an event of enormous importance came about at the residence at the YMCA.  The temperature of the hot water in the residence was increased very noticeably, since many months of being substandard temperatures.  The increase I relate to is among the positive things of visiting a medical doctor is really about.  Which is why attachments are provided for review at this time, January 5, 2007.

The **Attachment** of Letter of Plaintiff to the property management, dated January 03, details a few of the hazardous and unhealthy conditions in the residence, which are particularly annoying.

Again, having the water temperature turned up to restaurant standards means that cleaning and laundry can be done to ensure proper sanitation -- on site.  The demand for keys and duplicating are unusual, given that only in January of 2006, the Plaintiff's lock had been changed, due to unauthorized entry.  Now, it is assumed due to the response of the property management that their source of keys generally kept in the offices has been compromised.  This is irresponsible.  If the key board contains no copies, as there has been in the past, who has the keys?  Are they lost? After a prompt with letter about S-C Management and their bathroom charge, the office responded with a letter delivered to the box:

```
[  ``January 03, 2007
 Mr. Jeff Taylor
 Unit 216
 Dear Mr. Taylor,
  I am in receipt of your last three letters and I just wanted to
 address your concerns.
  The light bulbs in the showers are stolen frequently, that is
 why it  may seem to you that it has been quite a while since
 there has been no  lights out.  Ed replaces them regularly.
  We do have urinals and toilets cleared out on a regular basis
 and if  something happens to be blocking them either Ed will
 remove it or we  call a plumber.
  The shower wand keeps getting vandalized and we do replace that
 also  on a regular basis.
  I do still need to make a copy of your key.  We do not have one
 on  file and if you ever lose your keys would not be able to make
 you another one and the cost to replace the core is $20.00, which
 you would incur.
  So I would appreciate it if you could come into the office and
 let us make a copy of your room key.
```

```
        If I can be of any further assistance, please let me know.
        Sincerely,
          [signature]
        Antonette LaRosa,
        Assistant Property Manager.'' ]
```

The conformed representation is presented here is absence of a photocopy available at the present time.

**Attachment:** Print of a status report. Cambridge Public Internet dated the January 03. 2007. This illustrates the down-time, or time of no access to the public Internet being established in the city of Cambridge, for Cambridge residents in a bridge the DIGITAL DIVIDE program launched by the city government to provide access to areas underserved by access to the Internet. This is especially important for the housing Projects in the city, an aspect that the Plaintiff has been advocating, and now with implementation through city resources, instead of the building and organization, which runs the YMCA in Cambridge. At times, the drop of connectivity and functionality mimic what China has experienced last year in providing Yahoo to their country, uncontrolled and as heavily regulated as it has been.

*       *       *

Plaintiff states and deposes the passage above under the pains and penalty of perjury. Because of the relation quality of the Plaintiff has experienced with the Defendants, only a single copy is provided to the Bivens action instituted. Plaintiff certifies the content of affidavit for accuracy as best that can be maintained, January 05, 2007.

_____
[ Signature ]

**CHA**
CAMBRIDGE HOUSING AUTHORITY
675 Massachusetts Avenue, Cambridge, MA 02139 • p 617 864 3020 / TDD 800 545 1833 x112 • f 617 868 5372 • www.cambridge-housing.org

## ZERO INCOME INTERIM RENT REQUEST

Resident: _John Taylor_

Address: _820 Mass. Ave., Room 216, Cambridge, MA 02139_

Phone: _617-876-2858 x216 (voicemail only)_

Development name or voucher type: _S8 mod rehab_

Manager or Leasing Officer: _John Cassama_

Household Type:  ☐ Family
              ☐ Elderly
              ☐ Disabled

**CHA Zero Income Policy:** _not applicable - NOT subject to MTW_

- Zero income households pay zero rent for a period of no more than ninety (90) days
- After ninety (90) days rents revert to program specific minimums
- Families are required to certify household expenses on the Family Budget Form
- Utility Assistance Payments for Housing Choice Voucher participants, based on zero income interims, will cease after ninety (90) days
- Family households requesting extensions can apply for a Hardship Rent through the Hardship Committee
- A waiver request for zero income status is limited to one request during any twenty-four month period in Public Housing and one in any twelve month period in the Voucher Program

Central House / YMCA
820 Massachusetts Avenue, No. 216

January 03, 2007

Antonette LaRosa
CENTRAL HOUSE / YMCA
Cambridge, MA  02139

Dear Antonette LaRosa,

    Over this holiday weekend, all overhead lights of shower stalls are not working.  The last occasion when full lighting has been available in second floor shower stalls was November 6.
    Also of note is that in the same period both toilets and urinal were backed up and would not flush their contents.  These have also been opened / cleared at other times over the weekend.  Please note however, that there may not be blockages remaining in the toilets themselves.
    On December 05 I was at the office, where Kristen said she would let you all know.  There was also the notice about the shower-wand requiring replacement.  The hose attachment, which is used in the handicap shower has been missing many months.  I have spoken with Ed Braga on December 08 about the shower conditions.  He is not aware of the shower stall lights being out, as far as I know.

    There have been two letters to prompt getting copies made of the door keys.  I checked myself at January 2006, when Ed replaced the door lock.  The duplicate key has been on hand there since this time?  Please let me know if the office still requires a dupl.  Ed had come by October 23, 2006 to check on lock function.

Very truly,


Jeff Taylor
  Resident
   876.2858, x216

| ANCILLARY AUTHORIZATION | |
|---|---|
| TO: __STERLING MEDICAL CENTER___<br>(Hospital/Radiologist/Laboratory) | |
| CLAIMANT: __Jeff L. Taylor__   SSN: __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__ | |
| Send Results to: | Tests Ordered: |
| __FELIX MAYORE__ M.D. | 1. __CBC__ |
| __20 HOPE AVENUE SUITE 302__ | 2. _____ |
| __WALTHAM MA 02453__ | 3. _____ |
| | 4. _____ |

### SEND BILL TO:

Massachusetts Rehabilitation Commission
Disability Determination Services
110 Chauncy Street
Boston, MA 02111

Please note:
It is very important that
our ancillary agents NOT
to bill claimants directly.

---

# IMPORTANT NOTICE

The ancillaries listed above have been requested in conjunction with an evaluation of eligibility for Social Security Disability Benefits. Therefore, these tests will be paid for by the *MRC Disability Determination Services*. Bills should be submitted to the address shown on the authorization form above.

*Please DO NOT bill the claimant, the claimant's insurance company, the referring physician, or Medicaid.*

[[**5.246.241.77**]]

CAMBRIDGE PUBLIC INTERNET

JANUARY 03, 2007, 9:08 AM, AMBIENT CONDITIONS CLEAR, HI MBAR

# GENERAL INFORMATION:

| IP: | 5.246.241.77 |
|---|---|
| Build: | 2006.08.07 |
| Gateway: | false |
| Uplink IP: | |
| BSSID: | 00:09:5b:f6:f1:4d |
| Channel: | 2.422 GHz |

# GATEWAYS

| Gateway | Metric | Last Update (secs) |
|---|---|---|
| 5.22.130.91 | 1007587 | 8.37 |
| 5.66.220.131 | 1032744 | 1.37 |
| 5.66.220.132 | 1005864 | 16.60 |
| 5.64.131.211 | 1001722 | 8.37 |
| 5.66.220.136 | 1006264 | 273.57 |
| 5.61.94.218 | 1002502 | 3.25 |

# ROUTES

| Destination | Hops | Metric | Route (metrics in parentheses) |
| --- | --- | --- | --- |
| | | | |

# BROADCAST PROBES

| Neighbor | Signal | Noise | ack | 1 | 2 | 5.5 | 11 | ack | 1 | 2 | 5.5 | 11 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5.64.131.211 | -1 | -1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5.64.131.240 | 14 | 0 | 70 | 20 | 0 | 10 | 0 | 90 | 70 | 60 | 60 | 80 |
| 5.246.34.129 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 30 | 10 | 0 | 0 |
| 5.247.189.104 | 6 | 0 | 20 | 0 | 0 | 10 | 0 | 90 | 40 | 50 | 20 | 20 |